## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Deborah M. Bebko         CHAPTER 13
        Steven S. Bebko
        dba Solid Surface by Bebko      BKY. NO. 19-15281 AMC

            Debtors

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

     Kindly enter my appearance on behalf of Wilmington Trust, National Association, not in its individual capacity, but solely as trustee for MFRA Trust 2014-2 and index same on the master mailing list.

                 Respectfully submitted,
                 **/s/ Kevin G. McDonald, Esq.**
                 Kevin G. McDonald, Esquire
                 KML Law Group, P.C.
                 701 Market Street, Suite 5000
                 Philadelphia, PA 19106-1532
                 (215) 627-1322