IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  STEVEN S. BEBKO, DBA SOLID SURFACE BY BEBKO AND DEBORAH M. BEBKO, | : Chapter 13 :  : |
| debtor | : Case No.  19-15281 : |

**O R D E R**

    Upon consideration of the attached Application for Extension of Time to File Required Schedules, it is hereby

    ORDERED that debtors shall have an additional 14 days until September 19, 2019, in which to file the required schedules, statements, summaries and disclosure statements.

BY THE COURT:

_____
                                                J.

**Date: September 11, 2019**