United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Steven S. Bebko  
Deborah M. Bebko  
      Debtors

Case No. 19-15281-amc  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-4      User: Randi      Page 1 of 1      Date Rcvd: Sep 12, 2019  
                          Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 14, 2019.  
db/jdb      +Steven S. Bebko,    Deborah M. Bebko,   115 E. Walnut Street,   Ephrata, PA 17522-2242

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

      ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 14, 2019              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 12, 2019 at the address(es) listed below:

      JOHN A. DIGIAMBERARDINO   on behalf of Joint Debtor Deborah M. Bebko jad@cdllawoffice.com, dmk@cdllawoffice.com  
      JOHN A. DIGIAMBERARDINO   on behalf of Debtor Steven S. Bebko jad@cdllawoffice.com, dmk@cdllawoffice.com  
      KEVIN G. MCDONALD   on behalf of Creditor   Wilmington Trust, National Association, not in its individual capacity, but solely as trustee for MFRA Trust 2014-2 bkgroup@kmllawgroup.com  
      SCOTT F. WATERMAN (Chapter 13)   ECFMail@ReadingCh13.com, ecf_frpa@trustee13.com  
      United States Trustee   USTPRegion03.PH.ECF@usdoj.gov  
      TOTAL: 5

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  STEVEN S. BEBKO, DBA          : Chapter 13
SOLID SURFACE BY BEBKO AND            :
DEBORAH M. BEBKO,                     :
                debtor          : Case No.  19-15281
                                            :

### **O R D E R**

    Upon consideration of the attached Application for Extension of Time to File Required Schedules, it is hereby

    ORDERED that debtors shall have an additional 14 days until September 19, 2019, in which to file the required schedules, statements, summaries and disclosure statements.

BY THE COURT:

_____
                                             J.

**Date: September 11, 2019**