```
Comenity Bank
Attn: Bankruptcy
Po Box 182125
Columbus, OH 43218



Continental Finance Company
Attn: Bankruptcy
Po Box 8099
Newark, DE 19714



Credit One Bank
Attn: Bankruptcy Department
Po Box 98873
Las Vegas, NV 89193



First Premier Bank
Attn: Bankruptcy
Po Box 5524
Sioux Falls, SD 57117



Genesis Bc/Celtic Bank
Attn: Bankruptcy
Po Box 4477
Beaverton, OR 97076



Merrick Bank/CardWorks
Attn: Bankruptcy
Po Box 9201
Old Bethpage, NY 11804



National Recovery Agency
Attn: Bankruptcy
Po Box 67015
Harrisburg, PA 17106



Td Rcs/Proform Financial
1000 Macarthur Blvd.
Mahwah, NJ 07430
```