**Deborah M Bebko**

| Company | Period Begin | Division |
|---|---|---|
| F180 | 6/10/2019 | |
| Number | Period End | Branch |
| 0072 | 6/23/2019 | 1 |
| Social Security # | Check Number | Department |
| | -99987277 | 0100 |
| Hire Date | Check Date | Team |
| 12/3/2012 | 6/28/2019 | |

Healthcare Management Control 92 Willow Va
Lancaster, PA 17602 717-464-0724

## Earnings

| Description | Location / Job | Rate | Hours/Pieces | Current | Year To Date |
|---|---|---|---|---|---|
| Regular | | 12.00 | 80.00 | 960.00 | 10398.00 |
| Holiday | | | | | 96.00 |

## Deductions

| Description | Current | Year To Date |
|---|---|---|
| Fed (M/0) (960.00) | 50.62 | 459.46 |
| OASDI (960.00) | 59.52 | 650.63 |
| Medicare (960.00) | 13.92 | 152.17 |
| PA (SM/0) (960.00) | 29.47 | 322.13 |
| PA-EE SUI(960.00) | 0.58 | 6.32 |
| West Lampeter Twp LST(96 | 2.00 | 26.00 |
| Ephrata Boro EIT(960.00) | 9.60 | 104.94 |
| Net Pay DD 19583XXXX | 794.29 | 8772.35 |

| | | Current | YTD | | Current | YTD |
|---|---|---|---|---|---|---|
| Total Earnings | | 80.00 960.00 | 10494.00 | Total Deductions | 960.00 | 10494.00 |
| NET PAY | 794.29 | Total Direct Deposits | 794.29 | Check Amount | 0.00 | 0.00 |

▼ REMOVE DOCUMENT ALONG THIS PERFORATION ▼

---

**Del-Ser Inc**
Healthcare Management Control
92 Willow Valley Square
Lancaster, PA 17602

PNC Bank    60-1273
Inova Payroll Of Pennsylvania 101    313
North Pointe Blvd, Lancaster, PA

Check Date 6/28/2019    Check Number    Memo

**Pay** No Dollars and No Cents

$***********

To the Order of:
1    0100
**Deborah M Bebko**
115 E. Walnut Street
Ephrata, PA 17522

0072  -99987277
NON NEGOTIABLE

PAY ONLY ZERO CTS CTS    0  00

Authorized Signature

DOCUMENT CONTAINS BLUE PANTOGRAPH & MICROPRINTING. BACK HAS THERMOCHROMIC INK & WATERMARK.

**Deborah M Bebko**

Del-Ser Inc
Healthcare Management Control
92 Willow Valley Square
Lancaster, PA 17602 717-464-0724

| Company | Period Begin | Division |
|---|---|---|
| F180 | 6/24/2019 | |
| Number | Period End | Branch |
| 0072 | 7/7/2019 | 1 |
| Social Security # | Check Number | Department |
| | -99987249 | 0100 |
| Hire Date | Check Date | Team |
| 12/3/2012 | 7/12/2019 | |

PTO =8.00 Bal HOURS

## Earnings

| Description | Location / Job | Rate | Hours/Pieces | Current | Year To Date |
|---|---|---|---|---|---|
| Regular | | 12.00 | 32.00 | 384.00 | 10782.00 |
| PTO | | 12.00 | 40.00 | 480.00 | 480.00 |
| Holiday | | 12.00 | 8.00 | 96.00 | 192.00 |

## Deductions

| Description | Current | Year To Date |
|---|---|---|
| Fed (M/0) (960.00) | 50.62 | 510.08 |
| OASDI (960.00) | 59.52 | 710.15 |
| Medicare (960.00) | 13.92 | 166.09 |
| PA (SM/0) (960.00) | 29.47 | 351.60 |
| PA-EE SUI(960.00) | 0.58 | 6.90 |
| West Lampeter Twp LST(96 | 2.00 | 28.00 |
| Ephrata Boro EIT(960.00) | 9.60 | 114.54 |
| Net Pay DD 19583XXXX | 794.29 | 9566.64 |

| Total Earnings | | | 80.00 | 960.00 | 11454.00 | Total Deductions | 960.00 | 11454.00 |
|---|---|---|---|---|---|---|---|---|
| **NET PAY** | | 794.29 | Total Direct Deposits | | 794.29 | Check Amount | 0.00 | 0.00 |

▼ REMOVE DOCUMENT ALONG THIS PERFORATION ▼

---

**Del-Ser Inc**
Healthcare Management Control
92 Willow Valley Square
Lancaster, PA 17602

PNC Bank                                 60-1273
Inova Payroll Of Pennsylvania 101        313
North Pointe Blvd, Lancaster, PA

Check Date 7/12/2019    Check Number Memo

**Pay** *No Dollars and No Cents*

$ * * * * * * * * * * * *

**To the Order of:**
    1      0100           0072   -99987249
**Deborah M Bebko**         NON NEGOTIABLE
115 E. Walnut Street
Ephrata, PA 17522

PAY ONLY ZERO CTS CTS 00

Authorized Signature

DOCUMENT CONTAINS BLUE PANTOGRAPH & MICROPRINTING. BACK HAS THERMOCHROMIC INK & A WATERMARK. HOLD AT AN ANGLE TO VIEW. VOID IF NOT PRESENT.

**Deborah M Bebko**

| Company | Period Begin | Division |
|---|---|---|
| F180 | 7/8/2019 | |
| Number | Period End | Branch |
| 0072 | 7/21/2019 | 1 |
| Social Security # | Check Number | Department |
| -99987221 | | 0100 |
| Hire Date | Check Date | Team |
| 12/3/2012 | 7/26/2019 | |

**Del-Ser Inc**

PTO = 8.00 Bal HOURS

Healthcare Management Control 92 Willow V
Lancaster, PA 17602 717-464-0724

## Earnings

| Description | Location / Job | Rate | Hours/Pieces | Current | Year To Date |
|---|---|---|---|---|---|
| Regular | | 12.00 | 80.00 | 960.00 | 11742.00 |
| PTO | | | | | 480.00 |
| Holiday | | | | | 192.00 |

## Deductions

| Description | Current | Year To Date |
|---|---|---|
| Fed (M/0) (960.00) | 50.62 | 560.70 |
| OASDI (960.00) | 59.52 | 769.67 |
| Medicare (960.00) | 13.92 | 180.01 |
| PA (SM/0) (960.00) | 29.47 | 381.07 |
| PA-EE SUI(960.00) | 0.58 | 7.48 |
| West Lampeter Twp LST(96 | 2.00 | 30.00 |
| Ephrata Boro EIT(960.00) | 9.60 | 124.14 |
| Health Insurance-Post Tax | 20.00 | 20.00 |
| Net Pay DD 19583XXXX | 774.29 | 10340.93 |

| | | | | |
|---|---|---|---|---|
| Total Earnings | 80.00 | 960.00 | 12414.00 | Total Deductions 960.00 12414.00 |
| **NET PAY** | 774.29 | Total Direct Deposits 774.29 | Check Amount 0.00 | 0.00 |

▼ REMOVE DOCUMENT ALONG THIS PERFORATION ▼

**Del-Ser Inc**
Healthcare Management Control
92 Willow Valley Square
Lancaster, PA 17602

**Pay** No Dollars and No Cents

**To the Order of:**
  1   0100
**Deborah M Bebko**
115 E. Walnut Street
Ephrata, PA 17522

0072  -99987221
NON NEGOTIABLE

PNC Bank     60-1273
Inova Payroll Of Pennsylvania 101   313
North Pointe Blvd, Lancaster, PA

Check Date 7/26/2019    **Check Number Memo**

$ ***********

PAY ONLY

Authorized Signature

DOCUMENT CONTAINS BLUE PANTOGRAPH & MICROPRINTING. BACK HAS THERMOCHROMIC INK & A WATERMARK, HOLD AT AN ANGLE TO VIEW. VOID IF NOT PRESENT.

**Deborah M Bebko**

| Company | Period Begin | Division | | | |
|---|---|---|---|---|---|
| F180 | 7/22/2019 | | **Del-Ser Inc** | | Healthcare Management Control 92 Willow V: Lancaster, PA 17602 717-464-0724 |
| Number | Period End | Branch | PTO =0.00 Bal HOURS | | |
| 0072 | 8/17/2019 | 1 | | | |
| Social Security # | Check Number | Department | | | |
| | -99987193 | 0100 | | | |
| Hire Date | Check Date | Team | | | |
| 12/3/2012 | 8/9/2019 | | | | |

### Earnings

| Description | Location / Job | Rate | Hours/Pieces | Current | Year To Date |
|---|---|---|---|---|---|
| Regular | | 12.00 | 72.00 | 864.00 | 12606.00 |
| PTO | | 12.00 | 8.00 | 96.00 | 576.00 |
| Holiday | | | | | 192.00 |

### Deductions

| Description | Current | Year To Date |
|---|---|---|
| Fed (M/0) (960.00) | 50.62 | 611.32 |
| OASDI (960.00) | 59.52 | 829.19 |
| Medicare (960.00) | 13.92 | 193.93 |
| PA (SM/0) (960.00) | 29.47 | 410.54 |
| PA-EE SUI(960.00) | 0.58 | 8.06 |
| West Lampeter Twp LST(9( | 2.00 | 32.00 |
| Ephrata Boro EIT(960.00) | 9.60 | 133.74 |
| Health Insurance-Post Tax | 20.00 | 40.00 |
| Net Pay DD 19583XXXX | 774.29 | 11115.22 |

| Total Earnings | | 80.00 | 960.00 | 13374.00 | Total Deductions | 960.00 | 13374.00 |
|---|---|---|---|---|---|---|---|
| **NET PAY** | 774.29 | Total Direct Deposits | | 774.29 | Check Amount | 0.00 | 0.00 |

▼ REMOVE DOCUMENT ALONG THIS PERFORATION ▼

---

**Del-Ser Inc**
Healthcare Management Control
92 Willow Valley Square
Lancaster, PA 17602

PNC Bank                            60-1273
Inova Payroll Of Pennsylvania 101       313
North Pointe Blvd, Lancaster, PA

Check Date 8/9/2019       Check Number Memo

**Pay** No Dollars and No Cents

$************

**To the Order of:**
    1       0100
**Deborah M Bebko**        0072  -99987193
115 E. Walnut Street          NON NEGOTIABLE
Ephrata, PA 17522

PAY ONLY 00 CTS

Authorized Signature