```
                          United States Bankruptcy Court
                          Eastern District of Pennsylvania

In re:                                                          Case No. 19-15281-amc
Steven S. Bebko                                                 Chapter 13
Deborah M. Bebko
        Debtors                       CERTIFICATE OF NOTICE
District/off: 0313-4          User: Keith                 Page 1 of 2              Date Rcvd: Oct 09, 2019
                              Form ID: 309I               Total Noticed: 44


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 11, 2019.
db/jdb         +Steven S. Bebko,    Deborah M. Bebko,    115 E. Walnut Street,    Ephrata, PA 17522-2242
tr             +SCOTT F. WATERMAN (Chapter 13),    Chapter 13 Trustee,    2901 St. Lawrence Ave.,    Suite 100,
                 Reading, PA 19606-2265
smg            +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                 Allentown, PA 18101-1603
smg             City Treasurer,    Eighth and Washington Streets,    Reading, PA   19601
smg            +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg            +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg            +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
14397713       +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
14378201       +Bureau Of Account Management,    3607 Rosemont Ave Suite 50,    Camp Hill, PA 17011-6904
14378202      ++CAINE & WEINER COMPANY,    12005 FORD ROAD 300,    DALLAS TX 75234-7262
                (address filed with court: Caine & Weiner,     Po Box 5010,    Woodland Hills, CA 91365)
14391960      ++CONTINENTAL FINANCE COMPANY LLC,    PO BOX 8099,    NEWARK DE 19714-8099
                (address filed with court: Continental Finance Company,     Attn: Bankruptcy,    Po Box 8099,
                 Newark, DE 19714)
14378205       +Cmwlth of PA - UC Fund,    Dept. of Labor and Industry,    651 Boas St., Room 702,
                 Harrisburg, PA 17121-0751
14396378       +John A. DiGiamberardino, Esquire,    Case & DiGiamberardino, P.C.,    845 N. Park Road, Ste. 101,
                 Wyomissing, PA 19610-1342
14378210       +KML Law Group, P.C.,    701 Market St., Ste. 5000,    BNY Independence Ctr.,
                 Philadelphia, PA 19106-1541
14385555       +Lancaster Gen Hospital,    c/o Creditors Bankruptcy Service,    P.O. Box 800849,
                 Dallas, TX 75380-0849
14378211       +Lancaster General Hospital,    c/o Creditors Bankruptcy Svc.,    P.o. Box 800849,
                 Dallas, TX 75380-0849
14397104       +TD Retail Card Services,    c/o Creditors Bankruptcy Service,    P.O. Box 800849,
                 Dallas, TX 75380-0849
14391966       +Td Rcs/Proform Financial,    1000 Macarthur Blvd.,    Mahwah, NJ 07430-2035
14381216       +U.S. Department of Housing and Urban Development,     451 7th Street S.W.,
                 Washington, DC 20410-0002
14378215       +U.S. Dept. of HUD,    451 7th St. S.W.,    Washington, DC 20410-0001
14378216       +Wilmington Trust N.A.,    Fay Servicing, LLC,    3000 Kellway Dr., Ste 150,
                 Carrollton, TX 75006-3357
14378217       +Wilmington Trust, NA,    350 Park Ave., 20th floor,    New York, NY 10022-6054
14400611       +Wilmington Trust, National Association, et al,    c/o Fay Servicing, LLC,    PO Box 814609,
                 Dallas, TX 75381-4609

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: jad@cdllawoffice.com Oct 10 2019 03:19:32      JOHN A. DIGIAMBERARDINO,
                 Case & DiGiamberardino, P.C.,    845 North Park Road,    Suite 101,    Wyomissing, PA  19610
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Oct 10 2019 03:19:59      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
ust             E-mail/Text: ustpregion03.ph.ecf@usdoj.gov Oct 10 2019 03:19:53      United States Trustee,
                 Office of the U.S. Trustee,    200 Chestnut Street,    Suite 502,    Philadelphia, PA 19106-2908
14398057        E-mail/Text: sara@cvcollection.com Oct 10 2019 03:19:55      COACHELLA VALLEY COLLECTION SERVICE,
                 PO BOX 13621,    PALM DESERT, CA 92255-3621
14379277       +E-mail/Text: ra-li-ucts-bankhbg@state.pa.us Oct 10 2019 03:20:12      COMMONWEALTH OF PA  UCTS,
                 DEPARTMENT OF LABOR AND INDUSTRY,    COLLECTIONS SUPPORT UNIT,    651 BOAS STREET, ROOM 925,
                 HARRISBURG, PA 17121-0751
14378203       +E-mail/Text: bankruptcy@usecapital.com Oct 10 2019 03:20:15      Capital Accounts,
                 P.O. Box 140065,    Nashville, TN 37214-0065
14378204       +E-mail/Text: bankruptcy@cavps.com Oct 10 2019 03:19:57      Cavalry SPV I, LLC,
                 500 Summit Lake Dr., Ste. 400,    Valhalla, NY 10595-2321
14378206       +E-mail/Text: sara@cvcollection.com Oct 10 2019 03:19:55      Coachella Value Collection Services,
                 P.O. Box 13621,    Palm Desert, CA 92255-3621
14391959       +EDI: WFNNB.COM Oct 10 2019 07:18:00      Comenity Bank,    Attn: Bankruptcy,    Po Box 182125,
                 Columbus, OH 43218-2125
14378207       +EDI: CCS.COM Oct 10 2019 07:18:00      Credit Collections,    P.O. Box 607,
                 Norwood, MA 02062-0607
14391961       +EDI: RCSFNBMARIN.COM Oct 10 2019 07:18:00      Credit One Bank,    Attn: Bankruptcy Department,
                 Po Box 98873,    Las Vegas, NV 89193-8873
14391961       +E-mail/PDF: creditonebknotifications@resurgent.com Oct 10 2019 03:28:14      Credit One Bank,
                 Attn: Bankruptcy Department,    Po Box 98873,    Las Vegas, NV 89193-8873
14391962       +EDI: AMINFOFP.COM Oct 10 2019 07:18:00      First Premier Bank,    Attn: Bankruptcy,
                 Po Box 5524,    Sioux Falls, SD 57117-5524
14391963       +EDI: PHINGENESIS Oct 10 2019 07:18:00      Genesis Bc/Celtic Bank,    Attn: Bankruptcy,
                 Po Box 4477,    Beaverton, OR 97076-4401
14378208       +EDI: IIC9.COM Oct 10 2019 07:18:00      I C System Inc,    P.O. Box 64378,
                 Saint Paul, MN 55164-0378
14378209        EDI: IRS.COM Oct 10 2019 07:18:00      Internal Revenue Service,    P.O. Box 7346,
                 Philadelphia, PA 19101-7346
```

```
District/off: 0313-4          User: Keith              Page 2 of 2                  Date Rcvd: Oct 09, 2019
                              Form ID: 309I            Total Noticed: 44
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
14378212      +EDI: RESURGENT.COM Oct 10 2019 07:18:00      LVNV Funding,   Resurgent Capital Services,
               P.O. Box 10587,   Greenville, SC 29603-0587
14378212      +E-mail/PDF: resurgentbknotifications@resurgent.com Oct 10 2019 03:28:15       LVNV Funding,
               Resurgent Capital Services,   P.O. Box 10587,   Greenville, SC 29603-0587
14391964      +EDI: MERRICKBANK.COM Oct 10 2019 07:18:00      Merrick Bank/CardWorks,   Attn: Bankruptcy,
               Po Box 9201,   Old Bethpage, NY 11804-9001
14391964      +E-mail/PDF: MerrickBKNotifications@Resurgent.com Oct 10 2019 03:28:53
               Merrick Bank/CardWorks,   Attn: Bankruptcy,   Po Box 9201,   Old Bethpage, NY 11804-9001
14391965      +E-mail/Text: Bankruptcies@nragroup.com Oct 10 2019 03:20:12       National Recovery Agency,
               Attn: Bankruptcy,   Po Box 67015,   Harrisburg, PA 17106-7015
14378213       E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 10 2019 03:19:50       Pa. Dept. of Revenue,
               Bureau of Compliance,   Dept. 280946,   Harrisburg, PA 17128-0946
14392950       E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 10 2019 03:19:50
               Pennsylvania Department of Revenue,   Bankruptcy Division PO Box 280946,
               Harrisburg, PA  17128-0946
14378214      +EDI: DRIV.COM Oct 10 2019 07:18:00      Santander Consumer USA,   P.O. Box 961245,
               Fort Worth, TX 76161-0244
                                                                                              TOTAL: 24

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*           Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
               Harrisburg, PA  17128-0946
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 11, 2019                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 8, 2019 at the address(es) listed below:

```
              JOHN A. DIGIAMBERARDINO    on behalf of Joint Debtor Deborah M. Bebko jad@cdllawoffice.com,
               dmk@cdllawoffice.com
              JOHN A. DIGIAMBERARDINO    on behalf of Debtor Steven S. Bebko jad@cdllawoffice.com,
               dmk@cdllawoffice.com
              KEVIN G. MCDONALD    on behalf of Creditor    Wilmington Trust, National Association, not in its
               individual capacity, but solely as trustee for MFRA Trust 2014-2 bkgroup@kmllawgroup.com
              MICHAEL J. SHAVEL    on behalf of Creditor    Wilmington Trust, National Association, not in its
               individual capacity, but solely as trustee for MFRA Trust 2014-2 mshavel@hillwallack.com,
               lharkins@hillwallack.com;jrydzewski@HillWallack.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com, ecf_frpa@trustee13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                              TOTAL: 6
```

| **Information to identify the case:** | | | |
|---|---|---|---|
| Debtor 1 | **Steven S. Bebko** | Social Security number or ITIN | xxx–xx–0415 |
| | First Name  Middle Name  Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Deborah M. Bebko** | Social Security number or ITIN | xxx–xx–8494 |
| | First Name  Middle Name  Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Eastern District of Pennsylvania | Date case filed for chapter  13  8/23/19 | |
| Case number: | 19–15281–amc | | |

Official Form 309I

# Notice of Chapter 13 Bankruptcy Case
**\*\*Debtor's Photo ID &Social Security Card Must Be Presented at 341 Hearing\*\***                12/17

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Steven S. Bebko | Deborah M. Bebko |
| 2. | **All other names used in the last 8 years** | dba Solid Surface by Bebko | |
| 3. | **Address** | 115 E. Walnut Street<br>Ephrata, PA 17522 | 115 E. Walnut Street<br>Ephrata, PA 17522 |
| 4. | **Debtor's attorney**<br>Name and address | JOHN A. DIGIAMBERARDINO<br>Case & DiGiamberardino, P.C.<br>845 North Park Road<br>Suite 101<br>Wyomissing, PA 19610 | Contact phone 610–372–9900<br><br>Email: jad@cdllawoffice.com |
| 5. | **Bankruptcy trustee**<br>Name and address | SCOTT F. WATERMAN (Chapter 13)<br>Chapter 13 Trustee<br>2901 St. Lawrence Ave.<br>Suite 100<br>Reading, PA 19606 | Contact phone (610) 779–1313<br><br>Email: ECFMail@ReadingCh13.com |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at www.pacer.gov. | 400 Washington Street<br>Suite 300<br>Reading, PA 19601 | Hours open:<br>Philadelphia Office –– 8:30 A.M. to 5:00 P.M<br>Reading Office –– 8:00 A.M. to 4:30 P.M.<br><br>Contact phone (610)2085040<br><br>Date: 10/9/19 |

**For more information, see page 2**

| 7. Meeting of creditors<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **November 5, 2019 at 1:30 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br>**2901 St. Lawrence Ave, Reading, PA 19606** |
|---|---|---|
| 8. **Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f), or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 1/4/20** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 11/1/19** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 2/19/20** |
| | **Deadlines for filing proof of claim:**<br>A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| 9. **Filing of plan** | The debtor has filed a plan. This plan proposes payment to the trustee of $1475.00 per month for 60 months. The plan is enclosed. The hearing on confirmation will be held on:<br>**12/12/19** at **10:00 AM** , Location: **Courtroom 1, Third Floor, The Madison, 400 Washington Street, Reading, PA 19601** | |
| 10. **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| 11. **Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| 12. **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| 13. **Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 8. | |