## CERTIFICATION OF DEBTOR
## REGARDING MONTHLY REPORT

Debtor(s): **Steven S. Bebko**   Chapter 13 Case No.: **19-15281**

I, **Steven S. Bebko**, being of full age and duly sworn upon my oath depose(s) and say(s)

    1. I am the business debtor(s) in the above-referenced matter.

    2. I have completed and attached a Monthly Financial Report for the month of **August**, 20**19**

    3. All of the information in the Monthly Financial Report is complete, true and correct to the best of my knowledge, information and belief.

DATE: **10/17/19**   X _____
                                                                Debtor

DATE: _____   _____
                                                                 Debtor

**MONTHLY FINANCIAL REPORT OF BUSINESS OPERATIONS**

Debtor Name: Steven S. Bebko
Case No: 19-15281
Business Name: ___
For the Month & Year (e.g. 1/98): ___

| | |
|---|---|
| **BUSINESS INCOME:** | |
| (1) Actual Income from Sales & Service | 16606 |
| (2) Other (Specify) | |
| (3) Other (Specify) | |
| (4) Total Actual Income [items 1 through 3] | 16606 |
| **ACTUAL BUSINESS EXPENSE PAID** | |
| (5) Rent/Lease | 2200 |
| (6) Utilities (Electricity, Gas, Water & Sewer) | |
| (7) Telephone  Blue Ridge | 635 |
| (8) Insurance  Alcox pontiac | 716 |
| (9) Wages for Employees | 0 |
| (10) Wages for Self/Owner(s) | 0 |
| (11) Taxes | 63 |
| (12) Gas and Fuel for Business Vehicles | 151 |
| (13) Other (Specify) Gander Enterprise | 1519 |
| (14) Other (Specify) Tool Material Steel | 2600 |
| (15) Other (Specify) Office Supply Advert. | 1273 |
| (16) Total Actual Business Expenses Paid Out (sum of 5 through 16) | 9157 |
| (17) Net Business Income/Loss (Line 4-16) | 7449 |
| (18) Net Wages from Regular Employment/Debtor | |
| (19) Net Wages from Regular Employment/Spouse | 1558 |
| (20) Amount Carried Over from Last Month | |
| (21) Total Net Monthly Income (sum of 17 thru 20) | 9007 |
| **PERSONAL** | |
| (22) Rent/Mortgage | 1040 |
| (23) Utilities (gas, electric, water, sewer, fuel) | 300 |
| (24) Telephone  Cable Internet | 624 |
| (25) Food | 600 |
| (26) Transportation (fuel, tolls, parking) | 120 |
| (27) Other (specify) Life Ins | 105 |
| (28) Other (specify) Car silver | 353 |
| (29) Other (specify) Med expense | 475 |
| (30) Other (specify) | |
| (31) Other (specify) | |
| (32) Total Actual Personal Expenses Paid (22-31) | 3077 |
| **NET INCOME (LOSS)** | |
| (33) Gross Excess Income (line 21 - line 32) | 5330 |
| (34) MONTHLY CHAPTER 13 PLAN PAYMENT | 1475 |
| (35) Net Excess Income (line 33 - line 34) | 3855 |
| carry amount on line 35 to next month's report on line 20 | |