## CERTIFICATION OF DEBTOR
## REGARDING MONTHLY REPORT

Debtor(s): **Steven S. Bebko**          Chapter 13 Case No.: **19-15281**

I, **Steven S. Bebko**, being of full age and duly sworn upon my oath depose(s) and say(s)

1. I am the business debtor(s) in the above-referenced matter.

2. I have completed and attached a Monthly Financial Report for the month of **September**, 20**19**

3. All of the information in the Monthly Financial Report is complete, true and correct to the best of my knowledge, information and belief.

DATE: **10/17/19**                    X _____
                                                   Debtor

DATE: _____          _____
                                                   Debtor

## MONTHLY FINANCIAL REPORT OF BUSINESS OPERATIONS

Debtor Name: Steven S. Bebko
Case No.: 19-15281
Business Name: ___
For the Month & Year (e.g. 1/98): ___

| BUSINESS INCOME: | |
|---|---|
| (1) Actual Income from Sales & Service | 22985 |
| (2) Other (Specify) | |
| (3) Other (Specify) | |
| (4) Total Actual Income (items 1 through 3) | 22985 |
| **ACTUAL BUSINESS EXPENSE PAID** | |
| (5) Rent/Lease | 2200 |
| (6) Utilities (Electricity, Gas, Water & Sewer) | |
| (7) Telephone  Blue Ride | 354 |
| (8) Insurance  Hilcox Nortn | 700 |
| (9) Wages for Employees | 0 |
| (10) Wages for Self/Owner(s) | 0 |
| (11) Taxes | 0 |
| (12) Gas and Fuel for Business Vehicles | 374 |
| (13) Other (Specify)  GS Enterprise | 1519 |
| (14) Other (Specify)  Tools matepols stock | 4550 |
| (15) Other (Specify)  office print adver | 2566 |
| (16) Total Actual Business Expenses Paid Out (sum of 5 through 16) | 12263 |
| (17) Net Business Income/Loss (Line 4-16) | 10722 |
| (18) Net Wages from Regular Employment/Debtor | |
| (19) Net Wages from Regular Employment/Spouse | 1558 |
| (20) Amount Carried Over from Last Month | 3855 |
| (21) Total Net Monthly Income (sum of 17 thru 20) | 16135 |
| **PERSONAL** | |
| (22) Rent/Mortgage | 1040 |
| (23) Utilities (gas, electric, water, sewer, fuel) | 565 |
| (24) Telephone  Cable Internet | 620 |
| (25) Food | 800 |
| (26) Transportation (fuel, tolls, parking) | 185 |
| (27) Other (specify)  Life Ins. | 157 |
| (28) Other (specify)  CAR | 353 |
| (29) Other (specify)  medical perscription | 520 |
| (30) Other (specify)  Per exp wedding | 4500 |
| (31) Other (specify) | |
| (32) Total Actual Personal Expenses Paid (22-31) | 9740 |
| **NET INCOME (LOSS)** | |
| (33) Gross Excess Income (line 21 - line 32) | 7395 |
| (34) MONTHLY CHAPTER 13 PLAN PAYMENT | 1475 |
| (35) Net Excess Income (line 33 - line 34) | 5920 |
| carry amount on line 35 to next month's report on line 20 | |