Eastern Lift Truck Co., Inc.
P.O. Box 307
Maple Shade, NJ 08052


LappTops
174 Commerce Drive
New Holland, PA 17557