UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    STEVEN S. BEBKO<br>    DEBORAH M. BEBKO<br><br>            Debtors | Chapter 13<br>Bankruptcy No.19-15281-AMC |

## CERTIFICATE OF SERVICE

I, Deborah A. Earnshaw, do hereby certify that a true and correct copy of the foregoing *Objection of Chapter 13 Trustee to Confirmation of the plan of Debtors* filed in the above-referenced case has been served this 7th day of February, 2020, by first class mail upon those listed below:

STEVEN S. BEBKO
DEBORAH M. BEBKO
115 E. WALNUT STREET
EPHRATA, PA  17522

**Electronically via CM/ECF System Only:**

JOHN A DI GIAMBERARDINO ESQ
CASE & DI GIAMBERARDINO PC
845 N PARK ROAD STE 101
WYOMISSING, PA  19610

/s/ Deborah A. Earnshaw
Deborah A. Earnshaw
for
Scott F. Waterman, Esquire
Standing Chapter 13 Trustee