## CERTIFICATION OF DEBTOR
## REGARDING MONTHLY REPORT

Debtor(s): Steven S. Bebko                Chapter 13 Case No.: 19-15281

I, Steven S. Bebko, being of full age and duly sworn upon my oath depose(s) and say(s)

    1. I am the business debtor(s) in the above-referenced matter.

    2. I have completed and attached a Monthly Financial Report for the month of Oct, 20 19

    3. All of the information in the Monthly Financial Report is complete, true and correct to the best of my knowledge, information and belief.

DATE: 1 Nov 2019          X _____
                                                Debtor

DATE: _____      _____
                                                Debtor

*Oct. 2019*

# MONTHLY FINANCIAL REPORT OF BUSINESS OPERATIONS

Debtor Name: Steven S. Bebko
Case No: 19-15281
Business Name: Solid Surface by Bebko
For the Month & Year (e.g. 1/98): Oct 2019

| | |
|---|---|
| **BUSINESS INCOME:** | |
| (1) Actual Income from Sales & Service | 6354 00 |
| (2) Other (Specify) | |
| (3) Other (Specify) | |
| (4) Total Actual Income [items 1 through 3] | 6354 00 |
| **ACTUAL BUSINESS EXPENSE PAID** | |
| (5) Rent/Lease | 1100 00 |
| (6) Utilities (Electricity, Gas, Water & Sewer)  Blue ridge | 664 53 |
| (7) Telephone | ~~425~~ |
| (8) Insurance | 425 |
| (9) Wages for Employees | 0 |
| (10) Wages for Self/Owner(s) | 0 |
| (11) Taxes | |
| (12) Gas and Fuel for Business Vehicles | |
| (13) Other (Specify)  Fuel | 300 00 |
| (14) Other (Specify)  Enterprise | 1166 00 |
| (15) Other (Specify)  Acc'ding | 84 00 |
| (16) Total Actual Business Expenses Paid Out (sum of 5 through 16) | 3739 00 |
| (17) Net Business Income/Loss (Line 4-16) | 2615 00 |
| (18) Net Wages from Regular Employment/Debtor | ~~5930~~ |
| (19) Net Wages from Regular Employment/Spouse | 1558 |
| (20) Amount Carried Over from Last Month | 5920 |
| (21) Total Net Monthly Income (sum of 17 thru 20) | 10093 00 |
| **PERSONAL** | |
| (22) Rent/Mortgage | |
| (23) Utilities (gas, electric, water, sewer, fuel) | 565 00 |
| (24) Telephone | 600 |
| (25) Food | 500 |
| (26) Transportation (fuel, tolls, parking) | 100 |
| (27) Other (specify)  Life Ins | 157 |
| (28) Other (specify)  Silverado | 350 |
| (29) Other (specify)  med. | 120 |
| (30) Other (specify) | |
| (31) Other (specify) | |
| (32) Total Actual Personal Expenses Paid (22-31) | 2392 |
| **NET INCOME (LOSS)** | |
| (33) Gross Excess Income (line 21 - line 32) | 7701 00 |
| (34) MONTHLY CHAPTER 13 PLAN PAYMENT | 1475 00 |
| (35) Net Excess Income (line 33 - line 34) | ~~7701 00~~  6226 00 |
| carry amount on line 35 to next month's report on line 20 | |

## CERTIFICATION OF DEBTOR
## REGARDING MONTHLY REPORT

Debtor(s): Steven S. Bebko          Chapter 13 Case No.: 19-15281

I, Steven S. Bebko, being of full age and duly sworn upon my oath depose(s) and say(s)

    1. I am the business debtor(s) in the above-referenced matter.

    2. I have completed and attached a Monthly Financial Report for the month of Nov, 20 20

    3. All of the information in the Monthly Financial Report is complete, true and correct to the best of my knowledge, information and belief.

DATE: 1 Dec 2020                          X _____
                                                                                 Debtor


DATE: _____                      _____
                                                                                 Debtor

*Nov 2019*

# MONTHLY FINANCIAL REPORT OF BUSINESS OPERATIONS

Debtor Name: Steven S. Bebko
Case No: 19-15281
Business Name: Solid Surface by Bebko
For the Month & Year (e.g. 1/98): Nov 2019

| BUSINESS INCOME: | |
|---|---|
| (1) Actual Income from Sales & Service | 10705 00 |
| (2) Other (Specify) | |
| (3) Other (Specify) | |
| (4) Total Actual Income [items 1 through 3] | 10705 00 |
| **ACTUAL BUSINESS EXPENSE PAID** | |
| (5) Rent/Lease | 1100 00 |
| (6) Utilities (Electricity, Gas, Water & Sewer) Blue Ridge | 680 00 |
| (7) Telephone  Cell | 1700 00 |
| (8) Insurance  w/c  Bus | 320 00 |
| (9) Wages for Employees | 0 |
| (10) Wages for Self/Owner(s) | 0 |
| (11) Taxes  materials | 3200 00 |
| (12) Gas and Fuel for Business Vehicles | 150 00 |
| (13) Other (Specify)  Auto Repair | 80 00 |
| (14) Other (Specify)  Enterprise | 1150 00 |
| (15) Other (Specify)  Auto Loan | 370 00 |
| (16) Total Actual Business Expenses Paid Out (sum of 5 through 16) | 8750 00 |
| (17) Net Business Income/Loss (Line 4-16) | 1955 00 |
| (18) Net Wages from Regular Employment/Debtor | |
| (19) Net Wages from Regular Employment/Spouse | 1560 |
| (20) Amount Carried Over from Last Month | 6226 00 |
| (21) Total Net Monthly Income (sum of 17 thru 20) | ~~3575 00~~ 9741 |
| **PERSONAL** | |
| (22) Rent/Mortgage | |
| (23) Utilities (gas, electric, water, sewer, fuel) | 275 00 |
| (24) Telephone | 180 00 |
| (25) Food | 485 00 |
| (26) Transportation (fuel, tolls, parking) | 60 00 |
| (27) Other (specify)  Life | 157 00 |
| (28) Other (specify)  med | 60 00 |
| (29) Other (specify) | |
| (30) Other (specify) | |
| (31) Other (specify) | |
| (32) Total Actual Personal Expenses Paid (22-31) | 1217 00 |
| **NET INCOME (LOSS)** | |
| (33) Gross Excess Income (line 21 - line 32) | 8470 00 |
| (34) MONTHLY CHAPTER 13 PLAN PAYMENT | — |
| (35) Net Excess Income (line 33 - line 34) | 8470 |
| carry amount on line 35 to next month's report on line 20 | |

## CERTIFICATION OF DEBTOR
## REGARDING MONTHLY REPORT

Debtor(s): Steven S. Bebko    Chapter 13 Case No.: 19-15281

I, Steven S. Bebko, being of full age and duly sworn upon my oath depose(s) and say(s)

1. I am the business debtor(s) in the above-referenced matter.

2. I have completed and attached a Monthly Financial Report for the month of Dec, 20 19

3. All of the information in the Monthly Financial Report is complete, true and correct to the best of my knowledge, information and belief.

DATE: 1 Jan 2020    X _____
                                        Debtor

DATE: _____    _____
                                        Debtor

Dec 2019

## MONTHLY FINANCIAL REPORT OF BUSINESS OPERATIONS

Debtor Name: Steven S. Bebko
Case No: 19-15281
Business Name: Solid Surface by Bob
For the Month & Year (e.g. 1/98): Dec 2019

| | |
|---|---|
| **BUSINESS INCOME:** | |
| (1) Actual Income from Sales & Service | 1057 00 |
| (2) Other (Specify) | |
| (3) Other (Specify) | |
| (4) Total Actual Income [Items 1 through 3] | 1057 00 |
| **ACTUAL BUSINESS EXPENSE PAID** | |
| (5) Rent/Lease | 1100 00 |
| (6) Utilities (Electricity, Gas, Water & Sewer) | 609 00 |
| (7) Telephone  Blue Ridge | 1075 00 |
| (8) Insurance  Auto | 364 00 |
| (9) Wages for Employees | 0 |
| (10) Wages for Self/Owner(s) | 0 |
| (11) Taxes  Auto Lease Enterprise | 1100 00 |
| (12) Gas and Fuel for Business Vehicles | 455 00 |
| (13) Other (Specify)  Auto Repair | 648 |
| (14) Other (Specify)  Office Xpense | 220 |
| (15) Other (Specify)  Heat Fuel | 633 |
| (16) Total Actual Business Expenses Paid Out (sum of 5 through 16) | 5795 |
| (17) Net Business Income/Loss (Line 4-16) | -4544 00 |
| (18) Net Wages from Regular Employment/Debtor | |
| (19) Net Wages from Regular Employment/Spouse | 1560 00 |
| (20) Amount Carried Over from Last Month | 8470 00 |
| (21) Total Net Monthly Income (sum of 17 thru 20) | 5486 00 |
| **PERSONAL** | |
| (22) Rent/Mortgage | |
| (23) Utilities (gas, electric, water, sewer, fuel) | 185 00 |
| (24) Telephone | 325 00 |
| (25) Food | 780 00 |
| (26) Transportation (fuel, tolls, parking) | 95 00 |
| (27) Other (specify)  Life | 157 00 |
| (28) Other (specify) | |
| (29) Other (specify)  Home Fuel | 225 00 |
| (30) Other (specify) | |
| (31) Other (specify) | |
| (32) Total Actual Personal Expenses Paid (22-31) | 1767 00 |
| **NET INCOME (LOSS)** | |
| (33) Gross Excess Income (line 21 - line 32) | 3719 00 |
| (34) MONTHLY CHAPTER 13 PLAN PAYMENT | — |
| (35) Net Excess Income (line 33 - line 34) | 3719 00 |
| carry amount on line 35 to next month's report on line 20 | |

## CERTIFICATION OF DEBTOR
## REGARDING MONTHLY REPORT

Debtor(s): Steven S. Bebko    Chapter 13 Case No.: 19-15281

I, Steven S. Bebko, being of full age and duly sworn upon my oath depose(s) and say(s)

1. I am the business debtor(s) in the above-referenced matter.

2. I have completed and attached a Monthly Financial Report for the month of Jan, 20 20

3. All of the information in the Monthly Financial Report is complete, true and correct to the best of my knowledge, information and belief.

DATE: 1 Feb 2020        X _____
                                                Debtor

DATE: _____   _____
                                                Debtor

Jan 2020

## MONTHLY FINANCIAL REPORT OF BUSINESS OPERATIONS

Debtor Name: Steven S. Bebko
Case No.: 19-15281
Business Name: Solid Surface by Bebko
For the Month & Year (e.g. 1/98): Jan 2020

| | |
|---|---|
| **BUSINESS INCOME:** | |
| (1) Actual Income from Sales & Service | 20000 00 |
| (2) Other (Specify) | |
| (3) Other (Specify) | |
| (4) Total Actual Income [items 1 through 3] | 20000 00 |
| **ACTUAL BUSINESS EXPENSE PAID** | |
| (5) Rent/Lease | 2200 00 |
| (6) Utilities (Electricity, Gas, Water & Sewer) — Blue Rock | 425 00 |
| (7) Telephone — Cell | 1134 00 |
| (8) Insurance — Bus / w/c | 410 |
| (9) Wages for Employees | 0 |
| (10) Wages for Self/Owner(s) | 0 |
| (11) Taxes | |
| (12) Gas and Fuel for Business Vehicles | 164 |
| (13) Other (Specify) Material | 9099 00 |
| (14) Other (Specify) tools | 2000 00 |
| (15) Other (Specify) Office | 502 |
| (16) Total Actual Business Expenses Paid Out (sum of 5 through 16) | 15934 00 |
| (17) Net Business Income/Loss (Line 4-16) | 4066 00 |
| (18) Net Wages from Regular Employment/Debtor | 0 |
| (19) Net Wages from Regular Employment/Spouse | 0 |
| (20) Amount Carried Over from Last Month | 3719 00 |
| (21) Total Net Monthly Income (sum of 17 thru 20) | 7785 00 |
| **PERSONAL** | |
| (22) Rent/Mortgage | — |
| (23) Utilities (gas, electric, water, sewer, fuel) | 320 00 |
| (24) Telephone | 425 00 |
| (25) Food | 720 00 |
| (26) Transportation (fuel, tolls, parking) | 120 00 |
| (27) Other (specify) Life | 157 00 |
| (28) Other (specify) Cath Am | 400 00 |
| (29) Other (specify) | |
| (30) Other (specify) | |
| (31) Other (specify) | |
| (32) Total Actual Personal Expenses Paid (22-31) | 2142 00 |
| **NET INCOME (LOSS)** | |
| (33) Gross Excess Income (line 21 - line 32) | 5643 00 |
| (34) MONTHLY CHAPTER 13 PLAN PAYMENT | |
| (35) Net Excess Income (line 33 - line 34) | 5643 00 |
| carry amount on line 35 to next month's report on line 20 | |

## CERTIFICATION OF DEBTOR
## REGARDING MONTHLY REPORT

Debtor(s): Steven S. Bebko        Chapter 13 Case No.: 19-15281

I, Steven S. Bebko, being of full age and duly sworn upon my oath depose(s) and say(s)

1. I am the business debtor(s) in the above-referenced matter.

2. I have completed and attached a Monthly Financial Report for the month of Feb, 20 20.

3. All of the information in the Monthly Financial Report is complete, true and correct to the best of my knowledge, information and belief.

DATE: 1 March                              X _____
                                                          Debtor

DATE: _____                        _____
                                                          Debtor

Feb 2020

## MONTHLY FINANCIAL REPORT OF BUSINESS OPERATIONS

Debtor Name: Steven S. Bebko
Case No.: 19-15281
Business Name: Solid Surface by Beb Ro
For the Month & Year (e.g. 1/98): Feb 2020

| BUSINESS INCOME: | |
|---|---|
| (1) Actual Income from Sales & Service | 6596 00 |
| (2) Other (Specify) | |
| (3) Other (Specify) | |
| (4) Total Actual Income [items 1 through 3] | 6596 00 |
| **ACTUAL BUSINESS EXPENSE PAID** | |
| (5) Rent/Lease | 1200 00 |
| (6) Utilities (Electricity, Gas, Water & Sewer) | |
| (7) Telephone  Blue Ridge | 311 00 |
| (8) Insurance  Business Insur | 114 00 |
| (9) Wages for Employees | 0 |
| (10) Wages for Self/Owner(s) | 0 |
| (11) Taxes  Materials | 4620 00 |
| (12) Gas and Fuel for Business Vehicles | |
| (13) Other (Specify)  Advertise | 148 00 |
| (14) Other (Specify)  Supplies | 165 00 |
| (15) Other (Specify) | |
| (16) Total Actual Business Expenses Paid Out (sum of 5 through 16) | 6558 |
| (17) Net Business Income/Loss (Line 4-16) | -38 00 |
| (18) Net Wages from Regular Employment/Debtor | 0 |
| (19) Net Wages from Regular Employment/Spouse | 1600 00 |
| (20) Amount Carried Over from Last Month | 5643 00 |
| (21) Total Net Monthly Income (sum of 17 thru 20) | 7208 00 |
| **PERSONAL** | |
| (22) Rent/Mortgage | |
| (23) Utilities (gas, electric, water, sewer, fuel) | 320 00 |
| (24) Telephone  Blue Rid | 175 00 |
| (25) Food | 480 00 |
| (26) Transportation (fuel, tolls, parking) | 75 00 |
| (27) Other (specify)  Life Ins | 157 00 |
| (28) Other (specify) | |
| (29) Other (specify) | |
| (30) Other (specify) | |
| (31) Other (specify) | |
| (32) Total Actual Personal Expenses Paid (22-31) | 1207 00 |
| **NET INCOME (LOSS)** | |
| (33) Gross Excess Income (line 21 - line 32) | 6001 00 |
| (34) MONTHLY CHAPTER 13 PLAN PAYMENT | |
| (35) Net Excess Income (line 33 - line 34) | 6001 00 |

carry amount on line 35 to next month's report on line 20