## CERTIFICATION OF DEBTOR
## REGARDING MONTHLY REPORT

Debtor(s): Steven S. Bebko    Chapter 13 Case No.: 19-15281

I, Steven S. Bebko, being of full age and duly sworn upon my oath depose(s) and say(s)

1. I am the business debtor(s) in the above-referenced matter.

2. I have completed and attached a Monthly Financial Report for the month of March, 2020.

3. All of the information in the Monthly Financial Report is complete, true and correct to the best of my knowledge, information and belief.

DATE: 1 April 2020    X _____ Debtor

DATE: _____    _____ Debtor

we were shut down by Gov Wolf orders

## MONTHLY FINANCIAL REPORT OF BUSINESS OPERATIONS

Debtor Name: Steven S. Bebko
Case No: 19-15281
Business Name: _____
For the Month & Year (e.g. 1/98): March 2020

| BUSINESS INCOME: | |
|---|---|
| (1) Actual Income from Sales & Service | 4025 00 |
| (2) Other (Specify) | |
| (3) Other (Specify) | |
| (4) Total Actual Income [Items 1 through 3] | 4025 00 |
| **ACTUAL BUSINESS EXPENSE PAID** | |
| (5) Rent/Lease | 1100 00 |
| (6) Utilities (Electricity, Gas, Water & Sewer) | 50 00 |
| (7) Telephone | 265 00 |
| (8) Insurance | 0 |
| (9) Wages for Employees | 4100 00 |
| (10) Wages for Self/Owner(s) | 0 |
| (11) Taxes | 0 |
| (12) Gas and Fuel for Business Vehicles | 125 00 |
| (13) Other (Specify) | 0 |
| (14) Other (Specify) | 0 |
| (15) Other (Specify) | 0 |
| (16) Total Actual Business Expenses Paid Out (sum of 5 through 16) | 1980 00 |
| (17) Net Business Income/Loss (Line 4-16) | 2045 00 |
| (18) Net Wages from Regular Employment/Debtor | 0 |
| (19) Net Wages from Regular Employment/Spouse | 1600 00 |
| (20) Amount Carried Over from Last Month | 6001 00 |
| (21) Total Net Monthly Income (sum of 17 thru 20) | 9646 00 |
| **PERSONAL** | |
| (22) Rent/Mortgage | |
| (23) Utilities (gas, electric, water, sewer, fuel) | 311 00 |
| (24) Telephone Cell | 346 00 |
| (25) Food | 425 00 |
| (26) Transportation (fuel, tolls, parking) | 125 00 |
| (27) Other (specify) | |
| (28) Other (specify) | |
| (29) Other (specify) | |
| (30) Other (specify) | |
| (31) Other (specify) | |
| (32) Total Actual Personal Expenses Paid (22-31) | 1207 00 |
| **NET INCOME (LOSS)** | |
| (33) Gross Excess Income (line 21 – line 32) | 6001 00 |
| (34) MONTHLY CHAPTER 13 PLAN PAYMENT | |
| (35) Net Excess Income (line 33 – line 34) | 6001 00 |
| carry amount on line 35 to next month's report on line 20 | |

We were shut down 1/2 month by Gov.

## CERTIFICATION OF DEBTOR
## REGARDING MONTHLY REPORT

Debtor(s): Steven S. Bebko                    Chapter 13 Case No.: 19-15281

I, Steven S. Bebko, being of full age and duly sworn upon my oath depose(s) and say(s)

1. I am the business debtor(s) in the above-referenced matter.

2. I have completed and attached a Monthly Financial Report for the month of April, 2020.

3. All of the information in the Monthly Financial Report is complete, true and correct to the best of my knowledge, information and belief.

DATE: 1 May 2020                    X _____
                                                Debtor

DATE: _____            _____
                                                Debtor


we were shut down mid March Govenor Wolf

## MONTHLY FINANCIAL REPORT OF BUSINESS OPERATIONS

Debtor Name: Steven S. Bebko
Case No: 19-15281
Business Name:
For the Month & Year (e.g. 1/98): April 2020

| BUSINESS INCOME: | |
|---|---|
| (1) Actual Income from Sales & Service | 0 |
| (2) Other (Specify) | |
| (3) Other (Specify) | |
| (4) Total Actual Income [items 1 through 3] | 0 |
| **ACTUAL BUSINESS EXPENSE PAID** | |
| (5) Rent/Lease | 1,200.00 |
| (6) Utilities (Electricity, Gas, Water & Sewer) | 0 |
| (7) Telephone | 200.00 |
| (8) Insurance | 0 |
| (9) Wages for Employees | 0 |
| (10) Wages for Self/Owner(s) | 0 |
| (11) Taxes | 0 |
| (12) Gas and Fuel for Business Vehicles | 150.00 |
| (13) Other (Specify) | |
| (14) Other (Specify) | |
| (15) Other (Specify) | |
| (16) Total Actual Business Expenses Paid Out (sum of 5 through 16) | 1550 |
| (17) Net Business Income/Loss (Line 4-16) | 1550 |
| (18) Net Wages from Regular Employment/Debtor | |
| (19) Net Wages from Regular Employment/Spouse | 1,000.00 |
| (20) Amount Carried Over from Last Month | 6001.00 |
| (21) Total Net Monthly Income (sum of 17 thru 20) | |
| **PERSONAL** | |
| (22) Rent/Mortgage | |
| (23) Utilities (gas, electric, water, sewer, fuel) | 300.00 |
| (24) Telephone | 327.00 |
| (25) Food | 475.00 |
| (26) Transportation (fuel, tolls, parking) | 100.00 |
| (27) Other (specify) | |
| (28) Other (specify) | |
| (29) Other (specify) | |
| (30) Other (specify) | |
| (31) Other (specify) | |
| (32) Total Actual Personal Expenses Paid (22-31) | 1202.00 |
| **NET INCOME (LOSS)** | |
| (33) Gross Excess Income (line 21 - line 32) | 4799 |
| (34) MONTHLY CHAPTER 13 PLAN PAYMENT | |
| (35) Net Excess Income (line 33 - line 34) | 4799 |
| carry amount on line 35 to next month's report on line 20 | |

We were shut down mid March.
Govonor Wolf