## CERTIFICATION OF DEBTOR
## REGARDING MONTHLY REPORT

Debtor(s): Steven S. Bebko          Chapter 13 Case No.: 19-15281

I, Steven S. Bebko, being of full age and duly sworn upon my oath depose(s) and say(s)

1. I am the business debtor(s) in the above-referenced matter.

2. I have completed and attached a Monthly Financial Report for the month of May 20 20.

3. All of the information in the Monthly Financial Report is complete, true and correct to the best of my knowledge, information and belief.

DATE: May 20 2020          X _____ Debtor

DATE: _____          _____ Debtor

# MONTHLY FINANCIAL REPORT OF BUSINESS OPERATIONS

Debtor Name: Steven S. Behko
Case No: 19-15281
Business Name:
For the Month & Year (e.g. 1/98): May 2020

| BUSINESS INCOME: | |
|---|---|
| (1) Actual Income from Sales & Service | 7032  *unemployment* |
| (2) Other (Specify) | |
| (3) Other (Specify) | |
| (4) Total Actual Income (items 1 through 3) | 7032 |
| **ACTUAL BUSINESS EXPENSE PAID** | |
| (5) Rent/Lease | 1200 |
| (6) Utilities (Electricity, Gas, Water & Sewer) | 140 |
| (7) Telephone | 180 |
| (8) Insurance | 140 |
| (9) Wages for Employees | 0 |
| (10) Wages for Self/Owner(s) | 0 |
| (11) Taxes | 0 |
| (12) Gas and Fuel for Business Vehicles | 120 |
| (13) Other (Specify) | 0 |
| (14) Other (Specify) | 0 |
| (15) Other (Specify) | 0 |
| (16) Total Actual Business Expenses Paid Out (sum of 5 through 16) | 1780 00 |
| (17) Net Business Income/Loss (Line 4-16) | 5252 |
| (18) Net Wages from Regular Employment/Debtor | |
| (19) Net Wages from Regular Employment/Spouse | 1600 |
| (20) Amount Carried Over from Last Month | 4799 |
| (21) Total Net Monthly Income (sum of 17 thru 20) | 11651 00 |
| **PERSONAL** | |
| (22) Rent/Mortgage | |
| (23) Utilities (gas, electric, water, sewer, fuel) | 525 |
| (24) Telephone | 460 |
| (25) Food | 625 |
| (26) Transportation (fuel, tolls, parking) | 150 |
| (27) Other (specify) REF | 1250 |
| (28) Other (specify) Auto pmt | 660 00 |
| (29) Other (specify) | |
| (30) Other (specify) | |
| (31) Other (specify) | |
| (32) Total Actual Personal Expenses Paid (22-31) | 3670 |
| **NET INCOME (LOSS)** | |
| (33) Gross Excess Income (line 21 - line 32) | 7981 |
| (34) MONTHLY CHAPTER 13 PLAN PAYMENT | |
| (35) Net Excess Income (line 33 - line 34) | 7981 00 |
| carry amount on line 35 to next month's report on line 20 | |

still on lock down due to virus