UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
(Reading)

| IN RE:<br><br>**Steven S. Bebko aka Solid Surface by Bebko**<br>**Deborah M. Bebko**<br><br>Debtors | CHAPTER 13<br><br>CASE NO.: 19-15281-pmm<br><br>HEARING DATE: September 29, 2020<br>TIME: 10:00am<br>LOCATION: Courtroom #1, 4th Floor |
|---|---|

**NOTICE OF MOTION, RESPONSE DEADLINE**
**AND HEARING DATE**

WILMINGTON TRUST, NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY, BUT SOLELY AS TRUSTEE FOR MFRA TRUST 2014-2 ("Movant") has filed a Motion for relief from the automatic stay provisions of 11 U.S.C. § 362(a) with respect to real Mortgaged Premises located at 115 E Walnut St, Ephrata, PA 17522.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)**

1. If you do not want the Court to grant the relief sought in the motion or if you want the Court to consider your views on the motion, then on or before September 14, 2020, you or your attorney must do **all** of the following:

    (a)    file an answer explaining your position at:
            U.S. Bankruptcy Court
            Eastern District of Pennsylvania
            The Gateway Building
            201 Penn Street, 4th Floor
            Reading, PA 19601

If you mail your answer to the Bankruptcy Clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

{08185608; 1}

    (b)  mail a copy to the Movant's Attorney:
       Hill Wallack, LLP
       777 Township Line Road, Suite 250
       Yardley, PA 19067
       215-579-7700
       (215)579-9248 (FAX)

2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the Court may enter an order granting the relief requested in the motion.

3. A hearing on the motion is scheduled to be held before the Judge Patricia M. Mayer on September 29, 2020 at 10:00 in Courtroom #1, The Gateway Building, 201 Penn Street, Reading, PA 19601.  Unless the court orders otherwise, the hearing on this contested matter will be an evidentiary hearing at which witnesses may testify with respect to disputed material factual issues in the manner directed by Fed. R. Bankr. P. 9014(d).

4. If a copy of the Motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5. You may contact the Bankruptcy Clerk's office at (215) 408-2800 to find out whether the hearing has been canceled because no one filed an answer.

              By:  /s/ Angela C. Pattison
              Angela C. Pattison, Esq.,
              Attorney ID 307611
              Hill Wallack, LLP
              777 Township Line Road, Suite 250
              Yardley, PA 19067
              Telephone 267-759-2077
              Facsimile 215-579-9248
              Email: apattison@hillwallack.com

{08185608; 1}