# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA
### (READING)

| | |
|---|---|
| IN RE:<br>**Steven S. Bebko aka Solid Surface by Bebko**<br>**Deborah M. Bebko**<br><br>Debtors | CHAPTER 13<br><br>CASE NO.: 19-15281-pmm<br><br>RELATED DOCUMENT:43 |

## PRAECIPE TO AMEND NOTICE OF MOTION

A Notice of Motion for Relief from the Automatic Stay Provisions of 11 U.S.C. § 362(a) to Permit Movant to Commence or Continue Foreclosure Proceedings on 115 E Walnut St., Ephrata, PA 17522, having been filed in this action by Wilmington Trust, National Association, not in its individual capacity, by solely as trustee for MFRA Trust 2014-2 ("Movant"), by and through its counsel, Hill Wallack, LLP,

**PLEASE TAKE NOTICE** that the Movant hereby files an Amended Notice of Motion.

HILL WALLACK, LLP

By: /s/ Angela C. Pattison
Angela C. Pattison, Esq.,
Attorney ID 307611
Hill Wallack, LLP
777 Township Line Road, Suite 250
Yardley, PA 19067
Telephone 267-759-2077
Facsimile 215-579-9248
Email: apattison@hillwallack.com

Dated: September 14, 2020

{08185608; 1}

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
(Reading)

| IN RE:<br><br>**Steven S. Bebko aka Solid Surface by Bebko**<br>**Deborah M. Bebko**<br><br>Debtors | CHAPTER 13<br><br>CASE NO.: 19-15281-pmm<br><br>HEARING DATE: September 29, 2020<br>TIME: 10:00am<br>LOCATION: Courtroom #1 |
|---|---|

**CERTIFICATE OF SERVICE**

I hereby certify that service was made upon all interested parties, indicated below of the Praecipe to Withdraw Certification of Default in the manner indicated below:

Steven S. Bebko
115 E. Walnut Street
Ephrata, PA 17522

Deborah M. Bebko
115 E. Walnut Street
Ephrata, PA 17522
**Debtors**
**Via Regular Mail**

John A. Digiamberardino
845 North Park Road
Suite 101
Wyomissing, PA 19610
**Counsel for Debtors**
**Via ECF**


Office of the U.S. Trustee
200 Chestnut Street
Suite 502
Philadelphia, PA 19106
**United States Trustee**
**Via ECF**

Scott F. Waterman
2901 St. Lawrence Ave
Suite 100
Reading, PA 19606
**Chapter 13 Trustee**
**Via ECF**

{08185608; 1}

By: /s/ Angela C. Pattison
Angela C. Pattison, Esq.,
Attorney ID 307611
Hill Wallack, LLP
777 Township Line Road, Suite 250
Yardley, PA 19067
Telephone 267-759-2077
Facsimile 215-579-9248
Email: apattison@hillwallack.com

{08185608; 1}