United States Bankruptcy Court

Eastern District of Pennsylvania

In re:   Case No. 19-15281-pmm

Steven S. Bebko   Chapter 13

Deborah M. Bebko

    Debtor(s)

## CERTIFICATE OF NOTICE

District/off: 0313-4     User: dlv     Page 1 of 2

Date Rcvd: Sep 29, 2020     Form ID: pdf900     Total Noticed: 4

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 01, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Steven S. Bebko, Deborah M. Bebko, 115 E. Walnut Street, Ephrata, PA 17522-2242 |
| aty | + | ANGELA CATHERINE PATTISON, Hill Wallack, LLP, 1415 Route 70 East, Suite 309, Cherry Hill, NJ 08034-2210 |
| cr | + | Commonwealth of PA UCTS, 651 Boas Street, Room 925, Harrisburg, PA 17121-0751 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 30 2020 01:41:00 | Commonwealth of Pennsylvania, Department of Revenu, Bureau of Compliance, Dept. 280946, Harrisburg, PA 17128-0946 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| jdb | *+ | Deborah M. Bebko, 115 E. Walnut Street, Ephrata, PA 17522-2242 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 01, 2020     Signature:     /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 29, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ANTHONY ST. JOSEPH | |

District/off: 0313-4　　　　　　　　　　　　　　　User: dlv　　　　　　　　　　　　　　　Page 2 of 2
Date Rcvd: Sep 29, 2020　　　　　　　　　　　　Form ID: pdf900　　　　　　　　　　　　Total Noticed: 4

| | |
|---|---|
| | on behalf of Creditor United States of America on Behalf of IRS anthony.stjoseph@usdoj.gov mardella.suarez@usdoj.gov,CaseView.ECF@usdoj.gov |
| ANTHONY ST. JOSEPH | |
| | on behalf of Defendant U.S. Department of HUD anthony.stjoseph@usdoj.gov mardella.suarez@usdoj.gov,CaseView.ECF@usdoj.gov |
| CHRISTOPHER R. MOMJIAN | |
| | on behalf of Creditor Commonwealth of Pennsylvania Department of Revenue crmomjian@attorneygeneral.gov |
| JOHN A. DIGIAMBERARDINO | |
| | on behalf of Plaintiff Deborah M. Bebko jad@cdllawoffice.com  dmk@cdllawoffice.com |
| JOHN A. DIGIAMBERARDINO | |
| | on behalf of Joint Debtor Deborah M. Bebko jad@cdllawoffice.com  dmk@cdllawoffice.com |
| JOHN A. DIGIAMBERARDINO | |
| | on behalf of Debtor Steven S. Bebko jad@cdllawoffice.com  dmk@cdllawoffice.com |
| JOHN A. DIGIAMBERARDINO | |
| | on behalf of Plaintiff Steven S. Bebko jad@cdllawoffice.com  dmk@cdllawoffice.com |
| KEVIN G. MCDONALD | |
| | on behalf of Creditor Wilmington Trust  National Association, not in its individual capacity, but solely as trustee for MFRA Trust 2014-2 bkgroup@kmllawgroup.com |
| MICHAEL J. SHAVEL | |
| | on behalf of Creditor Wilmington Trust  National Association, not in its individual capacity, but solely as trustee for MFRA Trust 2014-2 mshavel@hillwallack.com, skenny@hillwallack.com;lharkins@hillwallack.com |
| SCOTT F. WATERMAN (Chapter 13) | |
| | ECFMail@ReadingCh13.com |
| SCOTT F. WATERMAN (Chapter 13) | |
| | on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ECFMail@ReadingCh13.com |
| United States Trustee | |
| | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 12

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
(Reading)

| | |
|---|---|
| IN RE: | CHAPTER 13 |
| **Steven S. Bebko aka Solid Surface by Bebko** | CASE NO.: 19-15281-pmm |
| **Deborah M. Bebko** | HEARING DATE: September 29, 2020 |
| Debtors | TIME: 10:00am |
| | LOCATION: Courtroom #1 |

**ORDER FOR RELIEF**

AND NOW, upon the Motion of WILMINGTON TRUST, NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY, BUT SOLELY AS TRUSTEE FOR MFRA TRUST 2014-2 ("Movant") for relief from the Automatic Stay, and hearing thereon, it is

ORDERED THAT: Relief is granted from the automatic stay provisions of 11 U.S.C. § 362(a) to permit Movant to commence or continue its foreclosure on its mortgage on Mortgaged Premises located at 115 E. Walnut Street, Ephrata, PA 17522 (the "Mortgaged Premises"); to name the Debtors in the foreclosure suit solely for the purpose of foreclosing their interests in the Mortgaged Premises; ~~and to allow the purchaser of the Mortgaged Premises at Sheriff's Sale (or purchaser's assignee) to take any legal action for the enforcement of its rights to possession of said Mortgaged Premises.~~ and to pursue its rights under state law with regard to disposition of the property.

ORDERED THAT: The relief granted by this Order shall survive the conversion of this bankruptcy case to a case under any other Chapter of the Bankruptcy Code. ~~Rule 4001(a)(3) is not applicable and Movant may immediately enforce and implement this Order granting Relief from the Automatic Stay.~~

*Patricia M. Mayer*
_____
Patricia M. Mayer, USBJ

**Date: September 29, 2020**

{08185608; 1}