## EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Steven S. and Deborah M.
Bebko,                                        :        Chapter 13
                                              :
            Debtors                           :        Bky. No. 19-15281 PMM

## ORDER GRANTING MOTION TO DISMISS

**AND NOW**, upon consideration of the Chapter 13 Trustee (the "Trustee")'s Motion to Dismiss Case for Failure to Make Plan Payments (doc. no. 29, the "Motion"):

AND the Trustee having orally amended the Motion at the hearing held on December 3, 2020 to seek dismissal only of Steven S. Bebko (and not of Deborah M. Bebko);

AND for the reasons stated at the hearing, it is hereby **ordered** that:

1) The Motion, as amended orally on December 3, 2020, is **granted**;

2) The above-captioned bankruptcy case is **dismissed with regard to Debtor Steven S. Bebko only**; and

3) The above-captioned bankruptcy case will **continue only with regard to Debtor Deborah M. Bebko**.

Date:  December 3, 2020

_____
**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**