United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Steven S. Bebko  
Deborah M. Bebko  
    Debtor(s)

Case No. 19-15281-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: Adminstra | Page 1 of 3 |
| Date Rcvd: Dec 04, 2020 | Form ID: pdf900 | Total Noticed: 52 |

The following symbols are used throughout this certificate:  
**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 06, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Steven S. Bebko, Deborah M. Bebko, 115 E. Walnut Street, Ephrata, PA 17522-2242 |
| aty | + | ANGELA CATHERINE PATTISON, Hill Wallack, LLP, 1415 Route 70 East, Suite 309, Cherry Hill, NJ 08034-2210 |
| smg | + | Bureau of Audit and Enforcement, City of Allentown, 435 Hamilton Street, Allentown, PA 18101-1603 |
| smg | | City Treasurer, Eighth and Washington Streets, Reading, PA 19601 |
| smg | + | Dun & Bradstreet, INC, 3501 Corporate Pkwy, P.O. Box 520, Centre Valley, PA 18034-0520 |
| smg | + | Lehigh County Tax Claim Bureau, 17 South Seventh Street, Allentown, PA 18101-2401 |
| smg | + | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| cr | + | Commonwealth of PA UCTS, 651 Boas Street, Room 925, Harrisburg, PA 17121-0751 |
| 14397713 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14378201 | + | Bureau Of Account Management, 3607 Rosemont Ave Suite 50, Camp Hill, PA 17011-6904 |
| 14378202 | ++ | CAINE & WEINER COMPANY, 12005 FORD ROAD 300, DALLAS TX 75234-7262 address filed with court:, Caine & Weiner, Po Box 5010, Woodland Hills, CA 91365 |
| 14379277 | + | COMMONWEALTH OF PA UCTS, DEPARTMENT OF LABOR AND INDUSTRY, COLLECTIONS SUPPORT UNIT, 651 BOAS STREET, ROOM 925, HARRISBURG, PA 17121-0751 |
| 14391960 | ++ | CONTINENTAL FINANCE COMPANY LLC, PO BOX 8099, NEWARK DE 19714-8099 address filed with court:, Continental Finance Company, Attn: Bankruptcy, Po Box 8099, Newark, DE 19714 |
| 14378205 | + | Cmwlth of PA - UC Fund, Dept. of Labor and Industry, 651 Boas St., Room 702, Harrisburg, PA 17121-0751 |
| 14431757 | + | Common of PA, Dept. of Revenue, c/o Christopher R. Momjian, Esq., Office of Attorney General, 1600 Arch Street, Suite 300, Philadelphia, PA 19103-2016 |
| 14409637 | + | Eastern Lift Truck Co., Inc., P.O. Box 307, Maple Shade NJ 08052-0307 |
| 14391962 | + | First Premier Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 14378208 | + | I C System Inc, P.O. Box 64378, Saint Paul, MN 55164-0378 |
| 14396378 | + | John A. DiGiamberardino, Esquire, Case & DiGiamberardino, P.C., 845 N. Park Road, Ste. 101, Wyomissing, PA 19610-1342 |
| 14378210 | + | KML Law Group, P.C., 701 Market St., Ste. 5000, BNY Independence Ctr., Philadelphia, PA 19106-1541 |
| 14385555 | + | Lancaster Gen Hospital, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 14378211 | + | Lancaster General Hospital, c/o Creditors Bankruptcy Svc., P.o. Box 800849, Dallas, TX 75380-0849 |
| 14409638 | + | LappTops, 174 Commerce Drive, New Holland PA 17557-9115 |
| 14378214 | + | Santander Consumer USA, P.O. Box 961245, Fort Worth, TX 76161-0244 |
| 14397104 | + | TD Retail Card Services, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 14391966 | + | Td Rcs/Proform Financial, 1000 Macarthur Blvd., Mahwah, NJ 07430-2035 |
| 14405226 | + | The Bank of Missouri, PO Box 105555, Atlanta, GA 30348-5555 |
| 14378216 | + | Wilmington Trust N.A., Fay Servicing, LLC, 3000 Kellway Dr., Ste 150, Carrollton, TX 75006-3357 |
| 14382975 | + | Wilmington Trust, N.A., c/o Kevin G. McDonald, Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14378217 | + | Wilmington Trust, NA, 350 Park Ave., 20th floor, New York, NY 10022-6054 |
| 14400611 | + | Wilmington Trust, National Association, et al, c/o Fay Servicing, LLC, PO Box 814609, Dallas, TX 75381-4609 |
| 14395829 | + | Wilmington Trust, National Association, et al, c/o Michael J. Shavel, Esquire, Hill Wallack LLP, 777 Township Line Road, Suite 250, Yardley, PA 19067-5565 |

TOTAL: 32

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Dec 05 2020 05:39:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA |

Case 19-15281-pmm    Doc 52    Filed 12/06/20    Entered 12/07/20 00:39:07    Desc Imaged
Certificate of Notice    Page 2 of 4

| District/off: 0313-4 | User: Adminstra | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 04, 2020 | Form ID: pdf900 | Total Noticed: 52 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 19106-4404 |
| cr | | Email/Text: RVSVCBICNOTICE1@state.pa.us Dec 05 2020 05:38:00 | | Commonwealth of Pennsylvania, Department of Revenu, Bureau of Compliance, Dept. 280946, Harrisburg, PA 17128-0946 |
| 14398057 | | Email/Text: sara@cvcollection.com Dec 05 2020 05:39:00 | | COACHELLA VALLEY COLLECTION SERVICE, PO BOX 13621, PALM DESERT, CA 92255-3621 |
| 14378203 | + | Email/Text: bankruptcy@usecapital.com Dec 05 2020 05:40:00 | | Capital Accounts, P.O. Box 140065, Nashville, TN 37214-0065 |
| 14378204 | + | Email/Text: bankruptcy@cavps.com Dec 05 2020 05:39:00 | | Cavalry SPV I, LLC, 500 Summit Lake Dr., Ste. 400, Valhalla, NY 10595-2321 |
| 14378206 | + | Email/Text: sara@cvcollection.com Dec 05 2020 05:39:00 | | Coachella Value Collection Services, P.O. Box 13621, Palm Desert, CA 92255-3621 |
| 14391959 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Dec 05 2020 05:37:00 | | Comenity Bank, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 14431048 | | Email/Text: RVSVCBICNOTICE1@state.pa.us Dec 05 2020 05:38:00 | | Commonwealth of Pennsylvania, Department of Revenue, Bureau of Compliance, P O Box 280946, Harrisburg, PA 17128-0946 |
| 14378207 | + | Email/Text: bankruptcy_notifications@ccsusa.com Dec 05 2020 05:40:00 | | Credit Collections, P.O. Box 607, Norwood, MA 02062-0607 |
| 14391961 | + | Email/PDF: creditonebknotifications@resurgent.com Dec 05 2020 05:51:39 | | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 14391963 | + | Email/Text: GenesisFS@ebn.phinsolutions.com Dec 05 2020 05:40:00 | | Genesis Bc/Celtic Bank, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |
| 14378209 | | Email/Text: sbse.cio.bnc.mail@irs.gov Dec 05 2020 05:37:00 | | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14378212 | + | Email/PDF: resurgentbknotifications@resurgent.com Dec 05 2020 05:44:27 | | LVNV Funding, Resurgent Capital Services, P.O. Box 10587, Greenville, SC 29603-0587 |
| 14391964 | + | Email/PDF: MerrickBKNotifications@Resurgent.com Dec 05 2020 05:51:33 | | Merrick Bank/CardWorks, Attn: Bankruptcy, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 14391965 | + | Email/Text: Bankruptcies@nragroup.com Dec 05 2020 05:40:00 | | National Recovery Agency, Attn: Bankruptcy, Po Box 67015, Harrisburg, PA 17106-7015 |
| 14378213 | | Email/Text: RVSVCBICNOTICE1@state.pa.us Dec 05 2020 05:38:00 | | Pa. Dept. of Revenue, Bureau of Compliance, Dept. 280946, Harrisburg, PA 17128-0946 |
| 14392950 | | Email/Text: RVSVCBICNOTICE1@state.pa.us Dec 05 2020 05:38:00 | | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 14403485 | | Email/Text: bnc-quantum@quantum3group.com Dec 05 2020 05:37:00 | | Quantum3 Group LLC as agent for, GPCC I LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14381216 | + | Email/PDF: OGCRegionIIIBankruptcy@hud.gov Dec 05 2020 05:58:49 | | U.S. Department of Housing and Urban Development, 451 7th Street S.W., Washington, DC 20410-0002 |
| 14378215 | + | Email/PDF: OGCRegionIIIBankruptcy@hud.gov Dec 05 2020 05:58:49 | | U.S. Dept. of HUD, 451 7th St. S.W., Washington, DC 20410-0001 |

TOTAL: 20

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14411954 | *+ | LappTops Inc, 174 Commerce Drive, New Holland, PA 17557-9115 |

| | | |
|---|---|---|
| District/off: 0313-4 | User: Adminstra | Page 3 of 3 |
| Date Rcvd: Dec 04, 2020 | Form ID: pdf900 | Total Noticed: 52 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 06, 2020          Signature:     /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 4, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ANTHONY ST. JOSEPH | on behalf of Creditor United States of America on Behalf of IRS anthony.stjoseph@usdoj.gov mardella.suarez@usdoj.gov,CaseView.ECF@usdoj.gov |
| ANTHONY ST. JOSEPH | on behalf of Defendant U.S. Department of HUD anthony.stjoseph@usdoj.gov mardella.suarez@usdoj.gov,CaseView.ECF@usdoj.gov |
| CHRISTOPHER R. MOMJIAN | on behalf of Creditor Commonwealth of Pennsylvania Department of Revenue crmomjian@attorneygeneral.gov |
| JOHN A. DIGIAMBERARDINO | on behalf of Debtor Steven S. Bebko jad@cdllawoffice.com  dmk@cdllawoffice.com |
| JOHN A. DIGIAMBERARDINO | on behalf of Plaintiff Steven S. Bebko jad@cdllawoffice.com  dmk@cdllawoffice.com |
| JOHN A. DIGIAMBERARDINO | on behalf of Plaintiff Deborah M. Bebko jad@cdllawoffice.com  dmk@cdllawoffice.com |
| JOHN A. DIGIAMBERARDINO | on behalf of Joint Debtor Deborah M. Bebko jad@cdllawoffice.com  dmk@cdllawoffice.com |
| KEVIN G. MCDONALD | on behalf of Creditor Wilmington Trust  National Association, not in its individual capacity, but solely as trustee for MFRA Trust 2014-2 bkgroup@kmllawgroup.com |
| MICHAEL J. SHAVEL | on behalf of Creditor Wilmington Trust  National Association, not in its individual capacity, but solely as trustee for MFRA Trust 2014-2 mshavel@hillwallack.com, skenny@hillwallack.com;lharkins@hillwallack.com |
| SCOTT F. WATERMAN (Chapter 13) | on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ECFMail@ReadingCh13.com |
| SCOTT F. WATERMAN (Chapter 13) | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 12

**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: Steven S. and Deborah M. Bebko, | : | Chapter 13 |
| | : | |
| Debtors | : | Bky. No. 19-15281 PMM |

**ORDER GRANTING MOTION TO DISMISS**

**AND NOW**, upon consideration of the Chapter 13 Trustee (the "Trustee")'s Motion to Dismiss Case for Failure to Make Plan Payments (doc. no. 29, the "Motion"):

AND the Trustee having orally amended the Motion at the hearing held on December 3, 2020 to seek dismissal only of Steven S. Bebko (and not of Deborah M. Bebko);

AND for the reasons stated at the hearing, it is hereby **ordered** that:

1) The Motion, as amended orally on December 3, 2020, is **granted**;

2) The above-captioned bankruptcy case is **dismissed with regard to Debtor Steven S. Bebko only**; and

3) The above-captioned bankruptcy case will **continue only with regard to Debtor Deborah M. Bebko**.

Date: **December 3, 2020**    _____
**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**