# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| | : | |
| Deborah M. Bebko, | : | Case No.   19-15281– PMM |
| | : | |
| Debtor. | : | |

## ORDER DENYING CONFIRMATION OF CHAPTER 13 PLAN
## WITH LEAVE TO AMEND

**AND NOW**, upon consideration of the Debtor's First Amended Chapter 13 plan filed on May 26, 2020 ("the First Amended Plan") (Doc. #36);

**AND**, after a hearing held on February 25, 2021 and for the reasons stated on the record;

It is hereby **ORDERED** that:

1. Confirmation of the First Amended Plan is denied with leave to file an amended plan **on or before March 29, 2021**.

2. If no amended plan is filed by the deadline specified in paragraph 2 above, or this case is not then promptly converted to a case under another chapter or voluntarily dismissed, then this case may be dismissed by the Court pursuant to 11 U.S.C. §1307(c)(5) without further notice or hearing.

**Date:  February 25, 2021**

*Patricia M. Mayer*
PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE