United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Deborah M. Bebko  
    Debtor

Case No. 19-15281-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4      User: admin      Page 1 of 3  
Date Rcvd: Feb 26, 2021      Form ID: pdf900      Total Noticed: 51

The following symbols are used throughout this certificate:  
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 28, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| jdb | + | Deborah M. Bebko, 115 E. Walnut Street, Ephrata, PA 17522-2242 |
| smg | + | Bureau of Audit and Enforcement, City of Allentown, 435 Hamilton Street, Allentown, PA 18101-1603 |
| smg | | City Treasurer, Eighth and Washington Streets, Reading, PA 19601 |
| smg | + | Dun & Bradstreet, INC, 3501 Corporate Pkwy, P.O. Box 520, Centre Valley, PA 18034-0520 |
| smg | + | Lehigh County Tax Claim Bureau, 17 South Seventh Street, Allentown, PA 18101-2401 |
| smg | + | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| cr | + | Commonwealth of PA UCTS, 651 Boas Street, Room 925, Harrisburg, PA 17121-0751 |
| 14397713 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14378201 | + | Bureau Of Account Management, 3607 Rosemont Ave Suite 50, Camp Hill, PA 17011-6904 |
| 14378202 | ++ | CAINE & WEINER COMPANY, 12005 FORD ROAD 300, DALLAS TX 75234-7262 address filed with court:, Caine & Weiner, Po Box 5010, Woodland Hills, CA 91365 |
| 14379277 | + | COMMONWEALTH OF PA UCTS, DEPARTMENT OF LABOR AND INDUSTRY, COLLECTIONS SUPPORT UNIT, 651 BOAS STREET, ROOM 925, HARRISBURG, PA 17121-0751 |
| 14391960 | ++ | CONTINENTAL FINANCE COMPANY LLC, PO BOX 8099, NEWARK DE 19714-8099 address filed with court:, Continental Finance Company, Attn: Bankruptcy, Po Box 8099, Newark, DE 19714 |
| 14378205 | + | Cmwlth of PA - UC Fund, Dept. of Labor and Industry, 651 Boas St., Room 702, Harrisburg, PA 17121-0751 |
| 14431757 | + | Common of PA, Dept. of Revenue, c/o Christopher R. Momjian, Esq., Office of Attorney General, 1600 Arch Street, Suite 300, Philadelphia, PA 19103-2016 |
| 14409637 | + | Eastern Lift Truck Co., Inc., P.O. Box 307, Maple Shade NJ 08052-0307 |
| 14391962 | + | First Premier Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 14378208 | + | I C System Inc, P.O. Box 64378, Saint Paul, MN 55164-0378 |
| 14396378 | + | John A. DiGiamberardino, Esquire, Case & DiGiamberardino, P.C., 845 N. Park Road, Ste. 101, Wyomissing, PA 19610-1342 |
| 14378210 | + | KML Law Group, P.C., 701 Market St., Ste. 5000, BNY Independence Ctr., Philadelphia, PA 19106-1541 |
| 14385555 | + | Lancaster Gen Hospital, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 14378211 | + | Lancaster General Hospital, c/o Creditors Bankruptcy Svc., P.o. Box 800849, Dallas, TX 75380-0849 |
| 14409638 | + | LappTops, 174 Commerce Drive, New Holland PA 17557-9115 |
| 14378214 | + | Santander Consumer USA, P.O. Box 961245, Fort Worth, TX 76161-0244 |
| 14397104 | + | TD Retail Card Services, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 14391966 | + | Td Rcs/Proform Financial, 1000 Macarthur Blvd., Mahwah, NJ 07430-2035 |
| 14405226 | + | The Bank of Missouri, PO Box 105555, Atlanta, GA 30348-5555 |
| 14378216 | + | Wilmington Trust N.A., Fay Servicing, LLC, 3000 Kellway Dr., Ste 150, Carrollton, TX 75006-3357 |
| 14382975 | + | Wilmington Trust, N.A., c/o Kevin G. McDonald, Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14378217 | + | Wilmington Trust, NA, 350 Park Ave., 20th floor, New York, NY 10022-6054 |
| 14400611 | + | Wilmington Trust, National Association, et al, c/o Fay Servicing, LLC, PO Box 814609, Dallas, TX 75381-4609 |
| 14395829 | + | Wilmington Trust, National Association, et al, c/o Michael J. Shavel, Esquire, Hill Wallack LLP, 777 Township Line Road, Suite 250, Yardley, PA 19067-5565 |

TOTAL: 31

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | + Email/Text: usapae.bankruptcynotices@usdoj.gov | Feb 27 2021 02:16:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 27 2021 02:15:00 | Commonwealth of Pennsylvania, Department of |

Case 19-15281-pmm  Doc 57  Filed 02/28/21  Entered 03/01/21 00:52:03  Desc Imaged
Certificate of Notice  Page 2 of 4

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 2 of 3 |
| Date Rcvd: Feb 26, 2021 | Form ID: pdf900 | Total Noticed: 51 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Revenu, Bureau of Compliance, Dept. 280946, Harrisburg, PA 17128-0946 |
| 14398057 | | Email/Text: sara@cvcollection.com | Feb 27 2021 02:16:00 | COACHELLA VALLEY COLLECTION SERVICE, PO BOX 13621, PALM DESERT, CA 92255-3621 |
| 14378203 | + | Email/Text: bankruptcy@usecapital.com | Feb 27 2021 02:16:00 | Capital Accounts, P.O. Box 140065, Nashville, TN 37214-0065 |
| 14378204 | + | Email/Text: bankruptcy@cavps.com | Feb 27 2021 02:16:00 | Cavalry SPV I, LLC, 500 Summit Lake Dr., Ste. 400, Valhalla, NY 10595-2321 |
| 14378206 | + | Email/Text: sara@cvcollection.com | Feb 27 2021 02:16:00 | Coachella Value Collection Services, P.O. Box 13621, Palm Desert, CA 92255-3621 |
| 14391959 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 27 2021 02:15:00 | Comenity Bank, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 14431048 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 27 2021 02:15:00 | Commonwealth of Pennsylvania, Department of Revenue, Bureau of Compliance, P O Box 280946, Harrisburg, PA 17128-0946 |
| 14378207 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Feb 27 2021 02:16:00 | Credit Collections, P.O. Box 607, Norwood, MA 02062-0607 |
| 14391961 | + | Email/PDF: creditonebknotifications@resurgent.com | Feb 27 2021 01:56:45 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 14391963 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Feb 27 2021 02:16:00 | Genesis Bc/Celtic Bank, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |
| 14378209 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 27 2021 02:15:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14378212 | + | Email/PDF: resurgentbknotifications@resurgent.com | Feb 27 2021 01:56:46 | LVNV Funding, Resurgent Capital Services, P.O. Box 10587, Greenville, SC 29603-0587 |
| 14391964 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Feb 27 2021 01:54:54 | Merrick Bank/CardWorks, Attn: Bankruptcy, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 14391965 | + | Email/Text: Bankruptcies@nragroup.com | Feb 27 2021 02:16:00 | National Recovery Agency, Attn: Bankruptcy, Po Box 67015, Harrisburg, PA 17106-7015 |
| 14378213 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 27 2021 02:15:00 | Pa. Dept. of Revenue, Bureau of Compliance, Dept. 280946, Harrisburg, PA 17128-0946 |
| 14392950 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 27 2021 02:15:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 14403485 | | Email/Text: bnc-quantum@quantum3group.com | Feb 27 2021 02:15:00 | Quantum3 Group LLC as agent for, GPCC I LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14381216 | + | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Feb 27 2021 01:54:54 | U.S. Department of Housing and Urban Development, 451 7th Street S.W., Washington, DC 20410-0002 |
| 14378215 | + | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Feb 27 2021 01:54:54 | U.S. Dept. of HUD, 451 7th St. S.W., Washington, DC 20410-0001 |

TOTAL: 20

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14411954 | *+ | LappTops Inc, 174 Commerce Drive, New Holland, PA 17557-9115 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 3 of 3 |
| Date Rcvd: Feb 26, 2021 | Form ID: pdf900 | Total Noticed: 51 |

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 28, 2021    Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 26, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ANGELA CATHERINE PATTISON | on behalf of Creditor Wilmington Trust  National Association, not in its individual capacity, but solely as trustee for MFRA Trust 2014-2 apattison@hillwallack.com |
| ANTHONY ST. JOSEPH | on behalf of Creditor United States of America on Behalf of IRS anthony.stjoseph@usdoj.gov mardella.suarez@usdoj.gov,CaseView.ECF@usdoj.gov |
| ANTHONY ST. JOSEPH | on behalf of Defendant U.S. Department of HUD anthony.stjoseph@usdoj.gov mardella.suarez@usdoj.gov,CaseView.ECF@usdoj.gov |
| CHRISTOPHER R. MOMJIAN | on behalf of Creditor Commonwealth of Pennsylvania  Department of Revenue crmomjian@attorneygeneral.gov |
| JOHN A. DIGIAMBERARDINO | on behalf of Plaintiff Steven S. Bebko jad@cdllawoffice.com  dmk@cdllawoffice.com |
| JOHN A. DIGIAMBERARDINO | on behalf of Plaintiff Deborah M. Bebko jad@cdllawoffice.com  dmk@cdllawoffice.com |
| JOHN A. DIGIAMBERARDINO | on behalf of Joint Debtor Deborah M. Bebko jad@cdllawoffice.com  dmk@cdllawoffice.com |
| KEVIN G. MCDONALD | on behalf of Creditor Wilmington Trust  National Association, not in its individual capacity, but solely as trustee for MFRA Trust 2014-2 bkgroup@kmllawgroup.com |
| MICHAEL J. SHAVEL | on behalf of Creditor Wilmington Trust  National Association, not in its individual capacity, but solely as trustee for MFRA Trust 2014-2 mshavel@hillwallack.com, ldejesus@hillwallack.com;lharkins@hillwallack.com |
| SCOTT F. WATERMAN (Chapter 13) | on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ECFMail@ReadingCh13.com |
| SCOTT F. WATERMAN (Chapter 13) | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 12

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| | : | |
| Deborah M. Bebko, | : | Case No.  19-15281– PMM |
| | : | |
| Debtor. | : | |

**ORDER DENYING CONFIRMATION OF CHAPTER 13 PLAN**
**WITH LEAVE TO AMEND**

**AND NOW**, upon consideration of the Debtor's First Amended Chapter 13 plan filed on May 26, 2020 ("the First Amended Plan") (Doc. #36);

**AND**, after a hearing held on February 25, 2021 and for the reasons stated on the record;

It is hereby **ORDERED** that:

1. Confirmation of the First Amended Plan is denied with leave to file an amended plan **on or before March 29, 2021**.

2. If no amended plan is filed by the deadline specified in paragraph 2 above, or this case is not then promptly converted to a case under another chapter or voluntarily dismissed, then this case may be dismissed by the Court pursuant to 11 U.S.C. §1307(c)(5) without further notice or hearing.

Date:  February 25, 2021

_____
PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE