United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                      Case No. 19-15281-pmm

Deborah M. Bebko                                                                 Chapter 13
  Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4                           User: admin                                      Page 1 of 3

Date Rcvd: Apr 06, 2021                   Form ID: 152                                 Total Noticed: 51

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 08, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| jdb | + | Deborah M. Bebko, 115 E. Walnut Street, Ephrata, PA 17522-2242 |
| smg | + | Bureau of Audit and Enforcement, City of Allentown, 435 Hamilton Street, Allentown, PA 18101-1603 |
| smg | | City Treasurer, Eighth and Washington Streets, Reading, PA 19601 |
| smg | + | Dun & Bradstreet, INC, 3501 Corporate Pkwy, P.O. Box 520, Centre Valley, PA 18034-0520 |
| smg | + | Lehigh County Tax Claim Bureau, 17 South Seventh Street, Allentown, PA 18101-2401 |
| smg | + | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| cr | + | Commonwealth of PA UCTS, 651 Boas Street, Room 925, Harrisburg, PA 17121-0751 |
| 14397713 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14378201 | + | Bureau Of Account Management, 3607 Rosemont Ave Suite 50, Camp Hill, PA 17011-6904 |
| 14378202 | ++ | CAINE & WEINER COMPANY, 12005 FORD ROAD 300, DALLAS TX 75234-7262 address filed with court:, Caine & Weiner, Po Box 5010, Woodland Hills, CA 91365 |
| 14379277 | + | COMMONWEALTH OF PA UCTS, DEPARTMENT OF LABOR AND INDUSTRY, COLLECTIONS SUPPORT UNIT, 651 BOAS STREET, ROOM 925, HARRISBURG, PA 17121-0751 |
| 14391960 | ++ | CONTINENTAL FINANCE COMPANY LLC, PO BOX 8099, NEWARK DE 19714-8099 address filed with court:, Continental Finance Company, Attn: Bankruptcy, Po Box 8099, Newark, DE 19714 |
| 14378205 | + | Cmwlth of PA - UC Fund, Dept. of Labor and Industry, 651 Boas St., Room 702, Harrisburg, PA 17121-0751 |
| 14431757 | + | Common of PA, Dept. of Revenue, c/o Christopher R. Momjian, Esq., Office of Attorney General, 1600 Arch Street, Suite 300, Philadelphia, PA 19103-2016 |
| 14409637 | + | Eastern Lift Truck Co., Inc., P.O. Box 307, Maple Shade NJ 08052-0307 |
| 14391962 | + | First Premier Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 14378208 | + | I C System Inc, P.O. Box 64378, Saint Paul, MN 55164-0378 |
| 14396378 | + | John A. DiGiamberardino, Esquire, Case & DiGiamberardino, P.C., 845 N. Park Road, Ste. 101, Wyomissing, PA 19610-1342 |
| 14378210 | + | KML Law Group, P.C., 701 Market St., Ste. 5000, BNY Independence Ctr., Philadelphia, PA 19106-1541 |
| 14385555 | + | Lancaster Gen Hospital, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 14378211 | + | Lancaster General Hospital, c/o Creditors Bankruptcy Svc., P.o. Box 800849, Dallas, TX 75380-0849 |
| 14409638 | + | LappTops, 174 Commerce Drive, New Holland PA 17557-9115 |
| 14378214 | + | Santander Consumer USA, P.O. Box 961245, Fort Worth, TX 76161-0244 |
| 14397104 | + | TD Retail Card Services, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 14391966 | + | Td Rcs/Proform Financial, 1000 Macarthur Blvd., Mahwah, NJ 07430-2035 |
| 14405226 | + | The Bank of Missouri, PO Box 105555, Atlanta, GA 30348-5555 |
| 14378216 | + | Wilmington Trust N.A., Fay Servicing, LLC, 3000 Kellway Dr., Ste 150, Carrollton, TX 75006-3357 |
| 14382975 | + | Wilmington Trust, N.A., c/o Kevin G. McDonald, Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14378217 | + | Wilmington Trust, NA, 350 Park Ave., 20th floor, New York, NY 10022-6054 |
| 14400611 | + | Wilmington Trust, National Association, et al, c/o Fay Servicing, LLC, PO Box 814609, Dallas, TX 75381-4609 |
| 14395829 | + | Wilmington Trust, National Association, et al, c/o Michael J. Shavel, Esquire, Hill Wallack LLP, 777 Township Line Road, Suite 250, Yardley, PA 19067-5565 |

TOTAL: 31

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | | |
| | | | Apr 07 2021 04:50:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | | Email/Text: RVSVCBICNOTICE1@state.pa.us | | |
| | | | Apr 07 2021 04:49:00 | Commonwealth of Pennsylvania, Department of |

| District/off: 0313-4 | User: admin | Page 2 of 3 |
| Date Rcvd: Apr 06, 2021 | Form ID: 152 | Total Noticed: 51 |

|  |  |  | Revenu, Bureau of Compliance, Dept. 280946, Harrisburg, PA 17128-0946 |
| 14398057 | Email/Text: sara@cvcollection.com | Apr 07 2021 04:49:00 | COACHELLA VALLEY COLLECTION SERVICE, PO BOX 13621, PALM DESERT, CA 92255-3621 |
| 14378203 | + Email/Text: bankruptcy@usecapital.com | Apr 07 2021 04:50:00 | Capital Accounts, P.O. Box 140065, Nashville, TN 37214-0065 |
| 14378204 | + Email/Text: bankruptcy@cavps.com | Apr 07 2021 04:50:00 | Cavalry SPV I, LLC, 500 Summit Lake Dr., Ste. 400, Valhalla, NY 10595-2321 |
| 14378206 | + Email/Text: sara@cvcollection.com | Apr 07 2021 04:49:00 | Coachella Value Collection Services, P.O. Box 13621, Palm Desert, CA 92255-3621 |
| 14391959 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 07 2021 04:49:00 | Comenity Bank, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 14431048 | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 07 2021 04:49:00 | Commonwealth of Pennsylvania, Department of Revenue, Bureau of Compliance, P O Box 280946, Harrisburg, PA 17128-0946 |
| 14378207 | + Email/Text: bankruptcy_notifications@ccsusa.com | Apr 07 2021 04:50:00 | Credit Collections, P.O. Box 607, Norwood, MA 02062-0607 |
| 14391961 | + Email/PDF: creditonebknotifications@resurgent.com | Apr 07 2021 05:14:59 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 14391963 | + Email/Text: GenesisFS@ebn.phinsolutions.com | Apr 07 2021 04:50:00 | Genesis Bc/Celtic Bank, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |
| 14378209 | Email/Text: sbse.cio.bnc.mail@irs.gov | Apr 07 2021 04:49:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14378212 | + Email/PDF: resurgentbknotifications@resurgent.com | Apr 07 2021 05:04:56 | LVNV Funding, Resurgent Capital Services, P.O. Box 10587, Greenville, SC 29603-0587 |
| 14391964 | + Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 07 2021 05:14:56 | Merrick Bank/CardWorks, Attn: Bankruptcy, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 14391965 | + Email/Text: Bankruptcies@nragroup.com | Apr 07 2021 04:50:00 | National Recovery Agency, Attn: Bankruptcy, Po Box 67015, Harrisburg, PA 17106-7015 |
| 14378213 | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 07 2021 04:49:00 | Pa. Dept. of Revenue, Bureau of Compliance, Dept. 280946, Harrisburg, PA 17128-0946 |
| 14392950 | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 07 2021 04:49:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 14403485 | Email/Text: bnc-quantum@quantum3group.com | Apr 07 2021 04:49:00 | Quantum3 Group LLC as agent for, GPCC I LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14381216 | + Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Apr 07 2021 05:14:53 | U.S. Department of Housing and Urban Development, 451 7th Street S.W., Washington, DC 20410-0002 |
| 14378215 | + Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Apr 07 2021 05:14:53 | U.S. Dept. of HUD, 451 7th St. S.W., Washington, DC 20410-0001 |

TOTAL: 20

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14411954 | *+ | LappTops Inc, 174 Commerce Drive, New Holland, PA 17557-9115 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

District/off: 0313-4                         User: admin                                    Page 3 of 3
Date Rcvd: Apr 06, 2021                    Form ID: 152                              Total Noticed: 51

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 08, 2021                          Signature:          /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 6, 2021 at the address(es) listed below:**

**Name**                          **Email Address**

ANGELA CATHERINE PATTISON
on behalf of Creditor Wilmington Trust  National Association, not in its individual capacity, but solely as trustee for MFRA Trust 2014-2 apattison@hillwallack.com, ldejesus@hillwallack.com

ANTHONY ST. JOSEPH
on behalf of Creditor United States of America on Behalf of IRS anthony.stjoseph@usdoj.gov mardella.suarez@usdoj.gov,CaseView.ECF@usdoj.gov

ANTHONY ST. JOSEPH
on behalf of Defendant U.S. Department of HUD anthony.stjoseph@usdoj.gov mardella.suarez@usdoj.gov,CaseView.ECF@usdoj.gov

CHRISTOPHER R. MOMJIAN
on behalf of Creditor Commonwealth of Pennsylvania  Department of Revenue crmomjian@attorneygeneral.gov

JOHN A. DIGIAMBERARDINO
on behalf of Plaintiff Steven S. Bebko jad@cdllawoffice.com  dmk@cdllawoffice.com

JOHN A. DIGIAMBERARDINO
on behalf of Plaintiff Deborah M. Bebko jad@cdllawoffice.com  dmk@cdllawoffice.com

JOHN A. DIGIAMBERARDINO
on behalf of Joint Debtor Deborah M. Bebko jad@cdllawoffice.com  dmk@cdllawoffice.com

KEVIN G. MCDONALD
on behalf of Creditor Wilmington Trust  National Association, not in its individual capacity, but solely as trustee for MFRA Trust 2014-2 bkgroup@kmllawgroup.com

MICHAEL J. SHAVEL
on behalf of Creditor Wilmington Trust  National Association, not in its individual capacity, but solely as trustee for MFRA Trust 2014-2 mshavel@hillwallack.com, ldejesus@hillwallack.com;lharkins@hillwallack.com

ROLANDO RAMOS-CARDONA
on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com

SCOTT F. WATERMAN (Chapter 13)
on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ECFMail@ReadingCh13.com

SCOTT F. WATERMAN (Chapter 13)
ECFMail@ReadingCh13.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 13

### UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF PENNSYLVANIA

_____

In Re: Deborah M. Bebko

     Debtor(s)

Case No: 19−15281−pmm

Chapter: 13

_____

### NOTICE OF RESCHEDULED HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a CONFIRMATION HEARING will be held before the
Honorable Patricia M. Mayer

, United States Bankruptcy Court 5/6/21 at 10:00 AM , in 201 Penn Street, 4th Floor, Reading,
PA 19601

For The Court

Timothy B. McGrath
Clerk of Court

62
Form 152