IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: DEBORAH M. BEBKO | : Chapter 13 |
| debtor | : Case No. 19-15281 |
| | |
| DEBORAH M. BEBKO, | |
| Movant | |
| | |
| vs. | |
| | |
| WILMINGTON TRUST, NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY, BUT SOLELY AS TRUSTEE FOR MFRA TRUST 2014-2, | |
| Respondent | |

**ORDER**

Upon consideration of the Debtor's Motion to Vacate Order Modifying Section 362 Automatic Stay and to Reinstate the Automatic Stay, and the response filed thereto, and after notice and hearing thereon,

It is hereby ORDERED that the Motion is **DENIED.**

By the Court:

*Patricia M. Mayer*
_____
J.

**Date: April 20, 2021**