United States Bankruptcy Court

Eastern District of Pennsylvania

| In re: | Case No. 19-15281-pmm |
|---|---|
| Deborah M. Bebko | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| District/off: 0313-4 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Apr 20, 2021 | Form ID: pdf900 | Total Noticed: 3 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 22, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| jdb | + | Deborah M. Bebko, 115 E. Walnut Street, Ephrata, PA 17522-2242 |
| cr | + | Commonwealth of PA UCTS, 651 Boas Street, Room 925, Harrisburg, PA 17121-0751 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 21 2021 02:17:00 | Commonwealth of Pennsylvania, Department of Revenu, Bureau of Compliance, Dept. 280946, Harrisburg, PA 17128-0946 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 22, 2021                    Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 20, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ANGELA CATHERINE PATTISON | on behalf of Creditor Wilmington Trust National Association, not in its individual capacity, but solely as trustee for MFRA Trust 2014-2 apattison@hillwallack.com, ldejesus@hillwallack.com |
| ANTHONY ST. JOSEPH | on behalf of Defendant U.S. Department of HUD anthony.stjoseph@usdoj.gov mardella.suarez@usdoj.gov,CaseView.ECF@usdoj.gov |
| ANTHONY ST. JOSEPH | |

District/off: 0313-4      User: admin      Page 2 of 2
Date Rcvd: Apr 20, 2021      Form ID: pdf900      Total Noticed: 3

on behalf of Creditor United States of America on Behalf of IRS anthony.stjoseph@usdoj.gov mardella.suarez@usdoj.gov,CaseView.ECF@usdoj.gov

CHRISTOPHER R. MOMJIAN
on behalf of Creditor Commonwealth of Pennsylvania Department of Revenue crmomjian@attorneygeneral.gov

JOHN A. DIGIAMBERARDINO
on behalf of Joint Debtor Deborah M. Bebko jad@cdllawoffice.com dmk@cdllawoffice.com

JOHN A. DIGIAMBERARDINO
on behalf of Plaintiff Steven S. Bebko jad@cdllawoffice.com dmk@cdllawoffice.com

JOHN A. DIGIAMBERARDINO
on behalf of Plaintiff Deborah M. Bebko jad@cdllawoffice.com dmk@cdllawoffice.com

KEVIN G. MCDONALD
on behalf of Creditor Wilmington Trust National Association, not in its individual capacity, but solely as trustee for MFRA Trust 2014-2 bkgroup@kmllawgroup.com

MICHAEL J. SHAVEL
on behalf of Creditor Wilmington Trust National Association, not in its individual capacity, but solely as trustee for MFRA Trust 2014-2 mshavel@hillwallack.com, ldejesus@hillwallack.com;lharkins@hillwallack.com

ROLANDO RAMOS-CARDONA
on behalf of Trustee SCOTT F WATERMAN ecfmail@readingch13.com

SCOTT F WATERMAN
ECFMail@ReadingCh13.com

SCOTT F. WATERMAN (Chapter 13)
on behalf of Trustee SCOTT F WATERMAN ECFMail@ReadingCh13.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 13

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  DEBORAH M. BEBKO | : Chapter 13 |
| debtor | : Case No.  19-15281 |
| | |
| DEBORAH M. BEBKO, | |
| Movant | |
| | |
| vs. | |
| | |
| WILMINGTON TRUST, NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY, BUT SOLELY AS TRUSTEE FOR MFRA TRUST 2014-2 , | |
| Respondent | |

**ORDER**

Upon consideration of the Debtor's Motion to Vacate Order Modifying Section 362 Automatic Stay and to Reinstate the Automatic Stay, and the response filed thereto, and after notice and hearing thereon,

It is hereby ORDERED that the Motion is **DENIED.**

By the Court:

*Patricia M. Mayer*
_____
J.

**Date: April 20, 2021**