**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: Deborah M. Bebko, | : | Chapter 13 |
| | : | |
| Debtor | : | Bky. No. 19-15281 PMM |

## O R D E R

**AND NOW,** upon consideration of the Debtor's Application to Employ Hometown Property Sales Group, LLC and Jeffrey D. Bowman as Real Estate Broker ("the Application," doc. no. 72),

It is hereby **ORDERED** that the Application is **DENIED** on the ground that it is not necessary for a chapter 13 debtor to obtain court approval to retain professionals. However, in the event that the realtor seeks allowance of compensation or reimbursement of expenses from property of the estate, the realtor shall file an application with this court in accordance with 11 U.S.C. §330 and In re Busy Beaver Building Centers, Inc., 19 F. 3d. 833 (3d Cir. 1994).

The proposed sales contract will be considered upon the Debtor filing a Motion to Approve the Sale.

**Date: May 18, 2021**

_____
**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**