IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: DEBORAH M. BEBKO                   : Chapter 13
        debtor                              : Case No. 19-15281

DEBORAH M. BEBKO,
        Movant
    vs.
WILMINGTON TRUST, NATIONAL
ASSOCIATION, NOT IN ITS
INDIVIDUAL CAPACITY, BUT SOLELY
AS TRUSTEE FOR MFRA TRUST 2014-2,
        Respondent

**ORDER SCHEDULING EXPEDITED HEARING**

      Upon consideration of Debtor's Motion for Expedited Hearing regarding Debtor's Motion to Reconsider Order dated April 20, 2021 Denying the Debtor's Motion to Vacate Order Modifying Section 362 Automatic Stay and/or in the alternative to Reinstate the Automatic Stay it is hereby Ordered that:

    1.    The request for expedited hearing is granted.

    2.    The hearing on the Debtor's Motion to Reconsider Order dated April 20, 2021 Denying the Debtor's Motion to Vacate Order Modifying Section 362 Automatic Stay and/or in the alternative to Reinstate the Automatic Stay shall be held telephonically on __May 20__, 2021 at __11:00 a.m.__ before the Honorable Patricia M. Mayer, United States Bankruptcy Court, 201 Penn St., 4th floor, The Gateway Building, Reading, PA 19601 by dialing 1-888-636-3807, access code 4954493.

    3.    Written objections or other responsive pleadings to the Motion (while not required) may be filed up to the time of the hearing and all objections will be considered at the hearing.

    4.    Counsel to the Debtor shall serve the Motion, this Order, and a Notice of the Motion in conformity with Local Bankruptcy Form 9014-3 upon (1) the Office of the United States Trustee, (2) counsel for Wilmington Trust, the mortgage holder, (3) the Chapter 13 Trustee, (4) all parties who have filed requests for notices, pursuant to F.R.P.C. 2002, by email transmission or facsimile transmission no later than 5:00 p.m. on or before __May 19__, 2021. Service under this paragraph is effective if made to each party identified above through the court's CM/ECF system.

    5.    Counsel for the Debtor shall file a Certificate of Service as required by Local Rule 9014-4.

**Date: May 17, 2021**

BY THE COURT

*Patricia M. Mayer*
_____
                                J.