**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| | : | |
| Deborah M. Bebko, | : | Case No.   19-15281– PMM |
| | : | |
| Debtor. | : | |

**ORDER DENYING DEBTOR'S EXPEDITED MOTION TO RECONSIDER**
**ORDER OF APRIL 20, 2021 DENYING THE DEBTOR'S MOTION TO VACATE**
**ORDER MODIFYING SECTION 362 AUTOMATIC STAY**
**AND/OR IN THE ALTERNATIVE TO REINSTATE THE AUTOMATIC STAY**

**AND NOW**, upon consideration of the Debtor's Expedited Motion to Reconsider Order of April 20, 2021 Denying the Debtor's Motion to Vacate Order Modifying Section 362 Automatic Stay and/or in the Alternative to Reinstate the Automatic Stay ("the Motion to Reconsider"), Doc. # 74, Wilmington Trust's Response in Opposition, Doc. # 80;

**AND**, after a hearing held on May 20, 2021;

**AND**, for the reasons stated on the record;

It is hereby **ORDERED** that the Motion to Reconsider is **DENIED**.

Date:  May 20, 2021

_____
PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE