United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                                    Case No. 19-15281-pmm

Deborah M. Bebko                                                                              Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-4 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: May 18, 2021 | Form ID: pdf900 | Total Noticed: 3 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 20, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| jdb | + Deborah M. Bebko, 115 E. Walnut Street, Ephrata, PA 17522-2242 |
| cr | + Commonwealth of PA UCTS, 651 Boas Street, Room 925, Harrisburg, PA 17121-0751 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 19 2021 01:58:00 | Commonwealth of Pennsylvania, Department of Revenu, Bureau of Compliance, Dept. 280946, Harrisburg, PA 17128-0946 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 20, 2021                              Signature:          /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 18, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ANGELA CATHERINE PATTISON | on behalf of Creditor Wilmington Trust  National Association, not in its individual capacity, but solely as trustee for MFRA Trust 2014-2 apattison@hillwallack.com, ldejesus@hillwallack.com |
| ANTHONY ST. JOSEPH | on behalf of Defendant U.S. Department of HUD anthony.stjoseph@usdoj.gov mardella.suarez@usdoj.gov,CaseView.ECF@usdoj.gov |
| ANTHONY ST. JOSEPH | |

Case 19-15281-pmm    Doc 86    Filed 05/20/21    Entered 05/21/21 00:56:34    Desc Imaged
Certificate of Notice    Page 2 of 3

| District/off: 0313-4 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: May 18, 2021 | Form ID: pdf900 | Total Noticed: 3 |

on behalf of Creditor United States of America on Behalf of IRS anthony.stjoseph@usdoj.gov mardella.suarez@usdoj.gov,CaseView.ECF@usdoj.gov

CHRISTOPHER R. MOMJIAN
on behalf of Creditor Commonwealth of Pennsylvania Department of Revenue crmomjian@attorneygeneral.gov

JOHN A. DIGIAMBERARDINO
on behalf of Joint Debtor Deborah M. Bebko jad@cdllawoffice.com  dmk@cdllawoffice.com

JOHN A. DIGIAMBERARDINO
on behalf of Plaintiff Steven S. Bebko jad@cdllawoffice.com  dmk@cdllawoffice.com

JOHN A. DIGIAMBERARDINO
on behalf of Plaintiff Deborah M. Bebko jad@cdllawoffice.com  dmk@cdllawoffice.com

KEVIN G. MCDONALD
on behalf of Creditor Wilmington Trust National Association, not in its individual capacity, but solely as trustee for MFRA Trust 2014-2 bkgroup@kmllawgroup.com

MICHAEL J. SHAVEL
on behalf of Creditor Wilmington Trust National Association, not in its individual capacity, but solely as trustee for MFRA Trust 2014-2 mshavel@hillwallack.com, ldejesus@hillwallack.com;lharkins@hillwallack.com

ROLANDO RAMOS-CARDONA
on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com

SCOTT F. WATERMAN (Chapter 13)
ECFMail@ReadingCh13.com

SCOTT F. WATERMAN (Chapter 13)
on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ECFMail@ReadingCh13.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 13

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Deborah M. Bebko,        :        Chapter 13
                                :
        Debtor                  :        Bky. No. 19-15281 PMM

# O R D E R

**AND NOW,** upon consideration of the Debtor's Application to Employ Hometown Property Sales Group, LLC and Jeffrey D. Bowman as Real Estate Broker ("the Application," doc. no. 72),

It is hereby **ORDERED** that the Application is **DENIED** on the ground that it is not necessary for a chapter 13 debtor to obtain court approval to retain professionals. However, in the event that the realtor seeks allowance of compensation or reimbursement of expenses from property of the estate, the realtor shall file an application with this court in accordance with 11 U.S.C. §330 and In re Busy Beaver Building Centers, Inc., 19 F. 3d. 833 (3d Cir. 1994).

The proposed sales contract will be considered upon the Debtor filing a Motion to Approve the Sale.

Date: May 18, 2021

_Patricia M. Mayer_
_____
PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE