United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Deborah M. Bebko  
    Debtor

Case No. 19-15281-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4      User: admin      Page 1 of 2  
Date Rcvd: May 18, 2021      Form ID: pdf900      Total Noticed: 3

The following symbols are used throughout this certificate:  
**Symbol    Definition**  
\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 20, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| jdb | + | Deborah M. Bebko, 115 E. Walnut Street, Ephrata, PA 17522-2242 |
| cr | + | Commonwealth of PA UCTS, 651 Boas Street, Room 925, Harrisburg, PA 17121-0751 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 19 2021 01:58:00 | Commonwealth of Pennsylvania, Department of Revenu, Bureau of Compliance, Dept. 280946, Harrisburg, PA 17128-0946 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.  
NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 20, 2021      Signature:      /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 18, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ANGELA CATHERINE PATTISON | on behalf of Creditor Wilmington Trust National Association, not in its individual capacity, but solely as trustee for MFRA Trust 2014-2 apattison@hillwallack.com, ldejesus@hillwallack.com |
| ANTHONY ST. JOSEPH | on behalf of Defendant U.S. Department of HUD anthony.stjoseph@usdoj.gov mardella.suarez@usdoj.gov,CaseView.ECF@usdoj.gov |
| ANTHONY ST. JOSEPH | |

District/off: 0313-4 User: admin Page 2 of 2
Date Rcvd: May 18, 2021 Form ID: pdf900 Total Noticed: 3

on behalf of Creditor United States of America on Behalf of IRS anthony.stjoseph@usdoj.gov mardella.suarez@usdoj.gov,CaseView.ECF@usdoj.gov

CHRISTOPHER R. MOMJIAN
on behalf of Creditor Commonwealth of Pennsylvania Department of Revenue crmomjian@attorneygeneral.gov

JOHN A. DIGIAMBERARDINO
on behalf of Joint Debtor Deborah M. Bebko jad@cdllawoffice.com dmk@cdllawoffice.com

JOHN A. DIGIAMBERARDINO
on behalf of Plaintiff Steven S. Bebko jad@cdllawoffice.com dmk@cdllawoffice.com

JOHN A. DIGIAMBERARDINO
on behalf of Plaintiff Deborah M. Bebko jad@cdllawoffice.com dmk@cdllawoffice.com

KEVIN G. MCDONALD
on behalf of Creditor Wilmington Trust National Association, not in its individual capacity, but solely as trustee for MFRA Trust 2014-2 bkgroup@kmllawgroup.com

MICHAEL J. SHAVEL
on behalf of Creditor Wilmington Trust National Association, not in its individual capacity, but solely as trustee for MFRA Trust 2014-2 mshavel@hillwallack.com, ldejesus@hillwallack.com;lharkins@hillwallack.com

ROLANDO RAMOS-CARDONA
on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com

SCOTT F. WATERMAN (Chapter 13)
ECFMail@ReadingCh13.com

SCOTT F. WATERMAN (Chapter 13)
on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ECFMail@ReadingCh13.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 13

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: DEBORAH M. BEBKO : Chapter 13
       debtor : Case No. 19-15281

DEBORAH M. BEBKO,
       Movant
  vs.
WILMINGTON TRUST, NATIONAL
ASSOCIATION, NOT IN ITS
INDIVIDUAL CAPACITY, BUT SOLELY
AS TRUSTEE FOR MFRA TRUST 2014-2,
       Respondent

**ORDER SCHEDULING EXPEDITED HEARING**

Upon consideration of Debtor's Motion for Expedited Hearing regarding Debtor's Motion to Reconsider Order dated April 20, 2021 Denying the Debtor's Motion to Vacate Order Modifying Section 362 Automatic Stay and/or in the alternative to Reinstate the Automatic Stay it is hereby Ordered that:

1. The request for expedited hearing is granted.

2. The hearing on the Debtor's Motion to Reconsider Order dated April 20, 2021 Denying the Debtor's Motion to Vacate Order Modifying Section 362 Automatic Stay and/or in the alternative to Reinstate the Automatic Stay shall be held telephonically on __May 20__, 2021 at __11:00 a.m.__ before the Honorable Patricia M. Mayer, United States Bankruptcy Court, 201 Penn St., 4th floor, The Gateway Building, Reading, PA 19601 by dialing 1-888-636-3807, access code 4954493.

3. Written objections or other responsive pleadings to the Motion (while not required) may be filed up to the time of the hearing and all objections will be considered at the hearing.

4. Counsel to the Debtor shall serve the Motion, this Order, and a Notice of the Motion in conformity with Local Bankruptcy Form 9014-3 upon (1) the Office of the United States Trustee, (2) counsel for Wilmington Trust, the mortgage holder, (3) the Chapter 13 Trustee, (4) all parties who have filed requests for notices, pursuant to F.R.P.C. 2002, by email transmission or facsimile transmission no later than 5:00 p.m. on or before __May 19__, 2021. Service under this paragraph is effective if made to each party identified above through the court's CM/ECF system.

5. Counsel for the Debtor shall file a Certificate of Service as required by Local Rule 9014-4.

BY THE COURT:

*Patricia M. Mayer*
_____
                                         J.

**Date: May 17, 2021**