IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  DEBORAH M. BEBKO                      : Chapter 13
              debtor                                      : Case No.  19-15281

**CERTIFICATE OF SERVICE**

        I, John A. DiGiamberardino, Esquire, attorney for debtor, certify that I served a true and correct copy of Motion to Sell Real Estate Free and Clear of Liens and Notice of Motion, Response Deadline and Hearing Date, upon the following at the addresses listed below, by first class mail, or by electronic means, on May 20, 2021:

KEVIN G. MCDONALD on behalf of Creditor Wilmington Trust, National Association, not in its individual capacity, but solely as trustee for MFRA Trust 2014-2 at bkgroup@kmllawgroup.com

CHRISTOPHER R. MOMJIAN on behalf of Creditor Commonwealth of Pennsylvania, Department of Revenue at crmomjian@attorneygeneral.gov

ANGELA CATHERINE PATTISON on behalf of Creditor Wilmington Trust, National Association, not in its individual capacity, but solely as trustee for MFRA Trust 2014-2 at apattison@hillwallack.com, ldejesus@hillwallack.com

ROLANDO RAMOS-CARDONA on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com

MICHAEL J. SHAVEL on behalf of Creditor Wilmington Trust, National Association, not in its individual capacity, but solely as trustee for MFRA Trust 2014-2
mshavel@hillwallack.com, ldejesus@hillwallack.com;lharkins@hillwallack.com

ANTHONY ST. JOSEPH on behalf of Creditor United States of America on Behalf of IRS
anthony.stjoseph@usdoj.gov, mardella.suarez@usdoj.gov,CaseView.ECF@usdoj.gov

ANTHONY ST. JOSEPH on behalf of Defendant U.S. Department of HUD
anthony.stjoseph@usdoj.gov, mardella.suarez@usdoj.gov,CaseView.ECF@usdoj.gov

United States Trustee at USTPRegion03.PH.ECF@usdoj.gov

SCOTT F. WATERMAN (Chapter 13) at ECFMail@ReadingCh13.com

SCOTT F. WATERMAN (Chapter 13) on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)
ECFMail@ReadingCh13.com

Commonwealth of Pa UCTS
Department of Labor and Industry
Collections Support Unit
651 Boas Street, Room 925
Harrisburg, PA 17121

                                                 s/John A. DiGiamberardino, Esquire