| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
**Chapter 13 Case No. 19-15281-PMM**

DEBORAH M BEBKO
115 E. WALNUT STREET
EPHRATA  PA    17522

Petition Filed Date: 08/23/2019
341 Hearing Date: 11/05/2019
Confirmation Date:

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 07/01/2020 | $1,225.00 | | 09/08/2020 | $1,225.00 | | | | |

**Total Receipts for the Period:  $2,450.00    Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $3,925.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | COMMONWEALTH OF PA UCTS »» 001 | Priority Creditors | $762.25 | $0.00 | $0.00 |
| 2 | CAVALRY INVESTMENTS LLC »» 002 | Unsecured Creditors | $9,595.24 | $0.00 | $0.00 |
| 3 | US DEPT OF HUD »» 003 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 4 | LVNV FUNDING LLC »» 004 | Unsecured Creditors | $345.64 | $0.00 | $0.00 |
| 5 | LANCASTER GENERAL HOSPITAL »» 005 | Unsecured Creditors | $6,021.06 | $0.00 | $0.00 |
| 6 | PA DEPARTMENT OF REVENUE »» 06P | Priority Creditors | $7,650.72 | $0.00 | $0.00 |
| 7 | PA DEPARTMENT OF REVENUE »» 06U | Unsecured Creditors | $8,854.84 | $0.00 | $0.00 |
| 0 | CASE & DIGIAMBERARDINO PC | Attorney Fees | $5,000.00 | $0.00 | $5,000.00 |
| 8 | TD RETAIL CREDIT SERVICES »» 008 | Unsecured Creditors | $407.94 | $0.00 | $0.00 |
| 9 | BANK OF AMERICA NA LOSS/RECOVERY »» 009 | Unsecured Creditors | $509.38 | $0.00 | $0.00 |
| 10 | COACHELLA VALLEY COLLECTION SERVICE »» 010 | Unsecured Creditors | $259.83 | $0.00 | $0.00 |
| 11 | FAY SERVICING LLC »» 011 | Mortgage Arrears | $43,843.53 | $0.00 | $0.00 |
| 12 | QUANTUM3 GROUP LLC AS AGENT FOR »» 012 | Unsecured Creditors | $350.52 | $0.00 | $0.00 |
| 13 | THE BANK OF MISSOURI »» 013 | Unsecured Creditors | $360.10 | $0.00 | $0.00 |
| 14 | UNITED STATES TREASURY (IRS) »» 14S | Secured Creditors | $20,477.02 | $0.00 | $0.00 |
| 15 | UNITED STATES TREASURY (IRS) »» 14P | Priority Creditors | $69,034.22 | $0.00 | $0.00 |
| 16 | UNITED STATES TREASURY (IRS) »» 14U | Unsecured Creditors | $5,611.55 | $0.00 | $0.00 |

**Chapter 13 Case No. 19-15281-PMM**

| | | | | | |
|---|---|---|---|---|---|
| 17 | LAPPTOPS INC<br>»» 015 | Unsecured Creditors | $10,318.75 | $0.00 | $0.00 |
| 18 | LVNV FUNDING LLC<br>»» 016 | Unsecured Creditors | $122.85 | $0.00 | $0.00 |
| 19 | LVNV FUNDING LLC<br>»» 017 | Unsecured Creditors | $389.95 | $0.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $3,925.00 | Current Monthly Payment: | $1,500.00 |
| Paid to Claims: | $0.00 | Arrearages: | $3,000.00 |
| Paid to Trustee: | $373.32 | Total Plan Base: | $169,825.00 |
| Funds on Hand: | $3,551.68 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.