IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  DEBORAH M. BEBKO, : Chapter 13
         debtor : Case No.  19-15281

## CERTIFICATE OF SERVICE

I, John A. DiGiamberardino, Esquire, attorney for Debtor, certify that I served a true and correct copy of the Debtor's Third Amended Chapter 13 Plan filed May 5, 2021 upon the following by electronic means on May 5, 2021:

KEVIN G. MCDONALD on behalf of Creditor Wilmington Trust, National Association, not in its individual capacity, but solely as trustee for MFRA Trust 2014-2 at bkgroup@kmllawgroup.com

CHRISTOPHER R. MOMJIAN on behalf of Creditor Commonwealth of Pennsylvania, Department of Revenue at crmomjian@attorneygeneral.gov

ANGELA CATHERINE PATTISON on behalf of Creditor Wilmington Trust, National Association, not in its individual capacity, but solely as trustee for MFRA Trust 2014-2 at apattison@hillwallack.com, ldejesus@hillwallack.com

ROLANDO RAMOS-CARDONA on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com

MICHAEL J. SHAVEL on behalf of Creditor Wilmington Trust, National Association, not in its individual capacity, but solely as trustee for MFRA Trust 2014-2 at mshavel@hillwallack.com, ldejesus@hillwallack.com;lharkins@hillwallack.com

ANTHONY ST. JOSEPH on behalf of Creditor United States of America on Behalf of IRS
anthony.stjoseph@usdoj.gov, mardella.suarez@usdoj.gov,CaseView.ECF@usdoj.gov

ANTHONY ST. JOSEPH on behalf of Defendant U.S. Department of HUD
anthony.stjoseph@usdoj.gov, mardella.suarez@usdoj.gov,CaseView.ECF@usdoj.gov

United States Trustee at USTPRegion03.PH.ECF@usdoj.gov

SCOTT F. WATERMAN (Chapter 13) at ECFMail@ReadingCh13.com

SCOTT F. WATERMAN (Chapter 13) on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ECFMail@ReadingCh13.com

**CASE & DIGIAMBERARDINO, P.C.**

By:    s/John A. DiGiamberardino, Esquire
       Attorney for Debtor