IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  DEBORAH M. BEBKO            : Chapter 13
         debtor                            : Case No.  19-15281

**PRAECIPE TO WITHDRAW MOTION TO SELL REAL ESTATE LOCATED AT 115 E. WALNUT ST., EPHRATA, LANCASTER COUNTY, PENNSYLVANIA, FREE AND CLEAR OF LIENS AND ENCUMBRANCES PURSUANT TO 11 U.S.C. § 363**

CLERK, U.S. BANKRUPTCY COURT:

     Kindly withdraw the Motion to Sell Real Estate Free and Clear of Liens and Encumbrances filed in the above matter.

Dated:  8/13/21                                          Case & DiGiamberardino, P.C.

                                  By:       s/John A. DiGiamberardino, Esquire
                                                      845 North Park Road, Suite 101
                                                      Wyomissing, PA  19610
                                                      610-372-9900
                                                      610-372-5469 fax
                                                      jad@cdllawoffice.com
                                                      Attorney ID #41268
                                                      Attorney for Debtor